**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Raymak Enterprises, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba GPS Trucks; dba GPS Trucks, LLC; dba Raymak Financial, LLC; dba Raymak Ranch, LLC; dba Keep America Trucking, LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  2 – 4  9  6  3  3  7  0 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2401 Worthington Drive**<br>Number     Street | **PO Box 27**<br>Number     Street |
| **Suite 115** | P.O. Box |
| **Denton**          **TX**    **76207**<br>City                State    ZIP Code | **Sanger**          **TX**    **76266**<br>City                State    ZIP Code |
| **Denton**<br>County | Location of principal assets, if different from principal place of business |
| | Number     Street |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **showmemytruck.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ |

Debtor  **Raymak Enterprises, LLC**  Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__4__  __4__  __1__  __2__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Raymak Enterprises, LLC** _____     Case number (if known) _____

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____   When _____   Case number _____
                                              MM / DD / YYYY

District _____   When _____   Case number _____
                                              MM / DD / YYYY

District _____   When _____   Case number _____
                                              MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
                                          MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                          MM / DD / YYYY

Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

Debtor  **Raymak Enterprises, LLC**                                    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                             Number      Street

                             _____

                             _____
                             City                    State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____
         Contact name  _____
         Phone  _____

---

### ■ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor  **Raymak Enterprises, LLC**                              Case number (if known) _____

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■  I have been authorized to file this petition on behalf of the debtor.

- ■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/25/2023**
MM / DD / YYYY

X  **/s/ Gregory Richardson**
Signature of authorized representative of debtor

**Gregory Richardson**
Printed name

**Owner-Operator**
Title

**18.  Signature of attorney**

X  **/s/ Joyce W. Lindauer**                         Date  **01/25/2023**
Signature of attorney for debtor                           MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number        Street

**1412 Main Street, Suite 500**

**Dallas**                                    **TX**        **75202**
City                                          State        ZIP Code

**(972) 503-4033**                            **joyce@joycelindauer.com**
Contact phone                                 Email address

**21555700**                                  **TX**
Bar number                                    State

**Fill in this information to identify the case**

Debtor name          **Raymak Enterprises, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.   **Cash on hand**
_____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | **Checking account - Bank of America** | **Checking account** | 5 3 4 5 | ($57.63) |
| 3.2. | **Checking account - Bank of America** | **Checking account** | 8 7 6 6 | ($739.56) |
| 3.3. | **Checking account - First State Bank** | **Checking account** | 9 5 6 9 | ($3,329.64) |
| 3.4. | **Checking account - Point Bank** | **Checking account** | 7 9 6 6 | ($12.00) |
| 3.5. | **Checking account - First State Bank** | **Checking account** | 9 5 7 7 | $60.04 |
| 3.6. | **Checking account - First National Bank** | **Checking account** | 4 9 7 2 | $13.35 |

4.   **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

($4,065.44)

Debtor   **Raymak Enterprises, LLC**_____   Case number (if known) _____
Name

## Part 2:   Deposits and prepayments

**6.   Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.   Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1.   **NB Denton Truckport, LLC - Rental Deposit** | $2,870.05 |
| 7.2.   **NB Denton Truckpoint, LLC - Rental Deposit** | $2,350.00 |

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| $5,220.05 |
|---|

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **11.   Accounts receivable** | |
| 11a.   90 days old or less: _____ – _____ = ........ ➔ | _____ |
| face amount    doubtful or uncollectible accounts | |
| 11b.   Over 90 days old: _____ – _____ = ........ ➔ | _____ |
| face amount    doubtful or uncollectible accounts | |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $0.00 |
|---|

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.   Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:    % of ownership: | | |

Debtor    __Raymak Enterprises, LLC_____    Case number (if known) _____
        Name

**16.** **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

   Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

|  |  |
|---|---|
|  | **$0.00** |

---

**Part 5:**  **Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** |  |  |  |  |
| **20. Work in progress** |  |  |  |  |
| **21. Finished goods, including goods held for resale** |  |  |  |  |
| **22. Other inventory or supplies** |  |  |  |  |
| **Texa CF31 Laptop Truck Kit Diesel Laptop Tough Case** |  |  |  | **$200.00** |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

|  |  |
|---|---|
|  | **$200.00** |

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____    Valuation method_____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** |  |  |  |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish |  |  |  |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) |  |  |  |
| **31. Farm and fishing supplies, chemicals, and feed** |  |  |  |

| Debtor | **Raymak Enterprises, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Desk, chair | _____ | _____ | $200.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer, printer | _____ | _____ | $200.00 |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $400.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

Debtor   **Raymak Enterprises, LLC**                                     Case number (if known) _____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Freightliner Cascadia**<br>**VIN ending in 6977** | | | **$38,000.00** |
| 47.2. **2012 Freightliner Cascadia**<br>**VIN ending in 2371** | | | **$22,438.00** |
| 47.3. **2013 Freightliner Cascadia**<br>**VIN ending in 3310** | | | **$18,000.00** |
| 47.4. **2016 Freightliner Cascadia**<br>**VIN ending in 1760** | | | **$39,375.00** |
| 47.5. **2016 International Prostar**<br>**VIN ending in 7182** | | | **$33,453.00** |
| 47.6. **2016 International Prostar**<br>**VIN ending in 7185** | | | **$21,050.00** |
| 47.7. **2014 Freightliner Cascadia**<br>**VIN ending in 1357** | | | **$43,850.00** |
| 47.8. **2014 Freightliner Cascadia**<br>**VIN ending in 0703** | | | **$43,850.00** |
| 47.9. **2014 Freightliner Cascadia**<br>**VIN ending in 1389** | | | **$43,850.00** |
| 47.10. **2011 Peterbilt 386**<br>**VIN ending in 9471** | | | **$23,000.00** |
| 47.11. **2015 International Prostar**<br>**VIN ending in 2155** | | | **$23,160.00** |
| 47.12. **2015 International Prostar**<br>**VIN ending in 8174** | | | **$22,000.00** |
| 47.13. **2015 Freightliner Corporation**<br>**VIN ending in 2856** | | | **$35,650.00** |
| 47.14. **2015 Freightliner Cascadia**<br>**VIN ending in 1395** | | | **$41,500.00** |
| 47.15. **2014 Freightliner Cascadia**<br>**VIN ending in 1386** | | | **$52,125.00** |
| 47.16. **2013 Peterbilt**<br>**VIN ending in 0651** | | | **$35,000.00** |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $536,301.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

Debtor   __Raymak Enterprises, LLC_____   Case number (if known) _____
　　　　　Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　☒ No
　　☐ Yes

## Part 9:　Real property

54. **Does the debtor own or lease any real property?**

　　☐ No.  Go to Part 10.
　　☒ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2401 Worthington Drive, Suite 112 & 115, Denton, TX 76207**<br>**Building and Lot Lease** | **Commercial Prop.** | | | **$0.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.
| **$0.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
　　☒ No
　　☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
　　☒ No
　　☐ Yes

## Part 10:　Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　☐ No.  Go to Part 11.
　　☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| **showmemytruck.com** | | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.
| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
　　☒ No
　　☐ Yes

Debtor  **Raymak Enterprises, LLC**_____     Case number (if known) _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

    | $0.00 |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor   **Raymak Enterprises, LLC**                                      Case number (if known) _____
          Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **($4,065.44)** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$5,220.05** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$200.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$400.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$536,301.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ..........................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | **$538,055.61** | + 91b. **$0.00** |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ...................................................................   **$538,055.61**

**Fill in this information to identify the case:**

Debtor name  **Raymak Enterprises, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑  Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**  Creditor's name
**First Citizens Bank & Trust Co**

Creditor's mailing address
**21146 Network Place**

**Chicago**          **IL**     **60673**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number                **1   0   0   0**

Do multiple creditors have an interest in
the same property?
☑  No
☐  Yes. Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**
**2015 Freightliner Cascadia VIN ending in 6977**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☑  No
☐  Yes

**Is anyone else liable on this claim?**
☐  No
☑  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

Column A: **$35,000.00**    Column B: **$38,000.00**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.**                    **$769,864.00**

Debtor   **Raymak Enterprises, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

<table>
<tr><td></td><td>Column A<br>**Amount of claim**<br>Do not deduct the value of collateral.</td><td>Column B<br>**Value of collateral that supports this claim**</td></tr>
</table>

**2.2**

**Creditor's name**
**First Citizens Bank & Trust Co**

**Creditor's mailing address**
**21146 Network Place**
_____

_____
**Chicago**          **IL**    **60673**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**    **4   0   0   0**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2012 Freightliner Cascadia VIN ending in 2371**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$23,000.00**    Column B: **$22,438.00**

---

**2.3**

**Creditor's name**
**First Citizens Bank & Trust Co**

**Creditor's mailing address**
**21146 Network Place**
_____

_____
**Chicago**          **IL**    **60673**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**    **6   0   0   0**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2013 Freightliner Cascadia VIN ending in 3711**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$97,200.00**    Column B: **$18,000.00**

Debtor   **Raymak Enterprises, LLC**                          Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.4**  Creditor's name
**First Citizens Bank & Trust Co**

Creditor's mailing address
**21146 Network Place**
_____

_____

**Chicago**          **IL**    **60673**

Creditor's email address, if known
_____

Date debt was incurred      _____

Last 4 digits of account
number        **0   0   0   0**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

Describe debtor's property that is
subject to a lien

**2014 Volvo VIN ending in 4353**

Describe the lien

**Automobile Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$23,000.00**       Column B: **$0.00**

**2.5**  Creditor's name
**First Citizens Bank & Trust Co**

Creditor's mailing address
**21146 Network Place**
_____

**Chicago**          **IL**    **60673**

Creditor's email address, if known
_____

Date debt was incurred      _____

Last 4 digits of account
number        **4   0   0   0**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

Describe debtor's property that is
subject to a lien

**2016 Freightliner Cascadia VIN ending in 1760**

Describe the lien

**Automobile Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$173,000.00**       Column B: **$93,878.00**

Debtor   **Raymak Enterprises, LLC**                              Case number (if known) _____

| **Part 1:** | **Additional Page** | | | | | Column A | Column B |
|---|---|---|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | | | | Column A | Column B |
|---|---|---|---|---|---|
| | | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.6** **Creditor's name**
**First Citizens Bank & Trust Co**

**Creditor's mailing address**
**21146 Network Place**

_____

**Chicago          IL     60673**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**          **0   0   0   0**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is subject to a lien**
**2014 Freightliner Cascadia VIN ending in 1357**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | **$111,700.00** | **$131,550.00** |
|---|---|---|

---

**2.7** **Creditor's name**
**First Citizens Bank & Trust Co**

**Creditor's mailing address**
**21146 Network Place**

_____

**Chicago          IL     60673**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**          **2   0   0   0**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is subject to a lien**
**2011 Peterbilt 386 VIN ending in 9471**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | **$41,000.00** | **$23,000.00** |
|---|---|---|

---

Debtor **Raymak Enterprises, LLC** _____ Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.8** Creditor's name
**Loads InTransit, LLC**

Creditor's mailing address
**22902 128th Ave E**
_____
_____
**Graham               WA   98338**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number       __ __ __ __

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**2015 Peterbilt 587 VIN ending in 8483**

Describe the lien
**Automobile Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$11,000.00** | **$0.00** |

**2.9** Creditor's name
**Marlin Leasing Corporation**

Creditor's mailing address
**PO Box 13604**
_____
**Philadelphia          PA   19101**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number       **9   0   0   1**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**2015 Freightliner Corporation VIN ending in 2856**

Describe the lien
**Automobile Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$39,619.00** | **$35,650.00** |

Debtor    **Raymak Enterprises, LLC**  _____    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.10**  Creditor's name
**Marlin Leasing Corporation**

Creditor's mailing address
**PO Box 13604**

_____

**Philadelphia          PA    19101**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number    __ __ __ __

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**Texa CF31 Laptop Truck Kit Diesel Laptop Tough Cas**

Describe the lien

**Automobile Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$645.00    $200.00

**2.11**  Creditor's name
**US Bank Equipment Finance**

Creditor's mailing address
**PO Box 790448**

_____

**St Louis          MO    63179**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number    **6   0   0   0**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2015 International Prostar VIN ending in 2155**

Describe the lien

**Automobile Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$45,000.00    $45,160.00

Debtor   **Raymak Enterprises, LLC**                              Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.12** Creditor's name
**Valley Sugar Trucking**

Creditor's mailing address
**4200 Horizon North Pkwy**

**Apt 626**

_____

**Dallas          TX   75287**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

  ☑ No.  Specify each creditor, including this
  creditor, and its relative priority.

**1) Westlake Flooring Services; 2) Valley Sugar Trucking.**

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien

**2015 Freightliner Cascadia VIN ending in 1395**

Describe the lien

**Automobile Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$22,000.00**     Column B: **$41,500.00**

---

**2.13** Creditor's name
**Westlake Flooring Services**

Creditor's mailing address
**4751 Wilshire Blvd, Suite 100**

_____

**Los Angeles          CA   90010**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number   _1_ _3_ _9_ _5_

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
  specified on lines **2.12**

Describe debtor's property that is
subject to a lien

**2015 Freightliner Cascadia VIN ending in 1395**

Describe the lien

**Business Debt**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$43,000.00**     Column B: **$41,500.00**

Debtor    **Raymak Enterprises, LLC**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.14**  Creditor's name
**Westlake Flooring Services**

Describe debtor's property that is subject to a lien                    **$34,200.00**        **$52,125.00**

**2014 Freightliner Cascadia VIN ending in 1386**

Creditor's mailing address
**4751 Wilshire Blvd, Suite 100**

Describe the lien
**Automobile Loan**

_____

Is the creditor an insider or related party?
**Los Angeles         CA   90010**

Creditor's email address, if known          ☑ No
                                            ☐ Yes

Is anyone else liable on this claim?
Date debt was incurred _____      ☐ No
                                            ☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account
number            **1   3   8   6**

As of the petition filing date, the claim is:
Do multiple creditors have an interest in    Check all that apply.
the same property?
                                            ☐ Contingent
☑ No                                         ☐ Unliquidated
☐ Yes.  Have you already specified the       ☐ Disputed
        relative priority?

    ☐  No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☐  Yes.  The relative priority of creditors is
             specified on lines _____

**2.15**  Creditor's name
**Westlake Flooring Services**

Describe debtor's property that is subject to a lien                    **$31,000.00**        **$35,000.00**

**2013 Peterbilt VIN ending in 0651**

Creditor's mailing address
**4751 Wilshire Blvd, Suite 100**

Describe the lien
**Automobile Loan**

_____

Is the creditor an insider or related party?
**Los Angeles         CA   90010**

Creditor's email address, if known          ☑ No
                                            ☐ Yes

Is anyone else liable on this claim?
Date debt was incurred _____      ☐ No
                                            ☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account
number            **0   6   5   1**

As of the petition filing date, the claim is:
Do multiple creditors have an interest in    Check all that apply.
the same property?
                                            ☐ Contingent
☑ No                                         ☐ Unliquidated
☐ Yes.  Have you already specified the       ☐ Disputed
        relative priority?

    ☐  No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☐  Yes.  The relative priority of creditors is
             specified on lines _____

Debtor   **Raymak Enterprises, LLC**_____    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

<table>
<tr><td></td><td><em>Column A</em><br>**Amount of claim**<br>Do not deduct the<br>value of collateral.</td><td><em>Column B</em><br>**Value of collateral<br>that supports<br>this claim**</td></tr>
</table>

**2.16**

Creditor's name
**Westlake Flooring Services**

Creditor's mailing address
**4751 Wilshire Blvd, Suite 100**
_____
_____
**Los Angeles        CA   90010**

Creditor's email address, if known
_____

Date debt was incurred   _____

Last 4 digits of account
number                **8   4   8   3**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines  _____

Describe debtor's property that is
subject to a lien

**2015 Peterbilt 587 VIN ending in 8483**

Describe the lien
**Automobile Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **$39,500.00** | **$0.00** |
|---|---|

Debtor   **Raymak Enterprises, LLC** _____   Case number (if known) _____

---

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---------|-------------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|--|--------------------------------------------------------------|-------------------------------------------------|
| **CIT Bank, N.A.** <br> **10201 Centurion Parkway N. #100** <br><br> **Jacksonville**   **FL**   **32256** | | Line   **2.7** | ___ ___ ___ ___ |
| **CIT Bank, N.A.** <br> **10201 Centurion Parkway N. #100** <br><br> **Jacksonville**   **FL**   **32256** | | Line   **2.6** | ___ ___ ___ ___ |
| **CIT Bank, N.A.** <br> **10201 Centurion Parkway N. #100** <br><br> **Jacksonville**   **FL**   **32256** | | Line   **2.3** | ___ ___ ___ ___ |
| **CIT Bank, N.A.** <br> **10201 Centurion Parkway N. #100** <br><br> **Jacksonville**   **FL**   **32256** | | Line   **2.2** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    **Raymak Enterprises, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

*Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.*

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No.  Go to Part 2.
    ☐ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

Debtor   **Raymak Enterprises, LLC**                                      Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Acme Car Shipping**

**812 Office Park Cir #107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Lewisville**          **TX**     **75057**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,941.21** |
|---|---|---|---|

**American Express**

**PO Box 6031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Carol Stream**          **IL**     **60197**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   0   0   4**

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216,470.58** |
|---|---|---|---|

**Anthonie Tate**

**791 Baltmore Hill Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Huntsville**          **AL**     **35810**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Baldbear Investments**

**10705 Royal Park Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Dallas**          **TX**     **75230**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Raymak Enterprises, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.5** | Nonpriority creditor's name and mailing address | | **$11,500.00** |
|---|---|---|---|

**Bank of America**

**PO Box 15796**

**Wilmington**                 **DE**       **19886**

Date or dates debt was incurred

Last 4 digits of account number       **0   4   6   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | | **$32,333.00** |
|---|---|---|---|

**Best Team Pneumatics**

**2551 Warfield Avenue**

**Fort Worth**                 **TX**       **76106**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | | **$69,556.49** |
|---|---|---|---|

**Comdata Premium Fleet**

**PO Box 100647**

**Atlanta**                 **GA**       **30384**

Date or dates debt was incurred

Last 4 digits of account number       **1   3   R   C**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.8** | Nonpriority creditor's name and mailing address | | **$3,329.64** |
|---|---|---|---|

**First State Bank**

**801 E. CALIFORNIA ST.**

**GAINESVILLE**                 **TX**       **76240**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Raymak Enterprises, LLC**                               Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | | **$8,931.72** |

**IPFS Corporation**

**PO Box 412086**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Kansas City**          **MO**    **64141**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **7   0   6   3**

| 3.10 | Nonpriority creditor's name and mailing address | | **$12,345.39** |

**J&A Holding**

**410 Collins Street**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Argyle**             **TX**    **76226**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

| 3.11 | Nonpriority creditor's name and mailing address | | **$21,809.83** |

**Northbridge Management**

**212 South Elm Street**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Denton**             **TX**    **76201**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

| 3.12 | Nonpriority creditor's name and mailing address | | **$225,000.00** |

**Northland Credit Corporation**

**5400 Opportunity Court, Suite 150**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Minnetonka**          **MN**    **55343**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **Raymak Enterprises, LLC** | Case number (if known) | |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.13** | **Nonpriority creditor's name and mailing address** |

**Parkview Advance LLC**

**600 Summer St Suite 204**

**Stamford**     **CT**     **06901**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$251,000.00**

---

| **3.14** | **Nonpriority creditor's name and mailing address** |

**Point Bank**

**P.O. Box 278**

**Pilot Point**     **TX**     **76258**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.00**

---

| **3.15** | **Nonpriority creditor's name and mailing address** |

**Rafter Trucking**

**9 Stacy Cove**

**Conway**     **AR**     **72032**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$26,662.63**

---

| **3.16** | **Nonpriority creditor's name and mailing address** |

**Sandhills Global**

**PO Box 85673**

**Lincoln**     **NE**     **68501**

Date or dates debt was incurred

Last 4 digits of account number    **9  9  7  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,355.00**

---

Debtor    **Raymak Enterprises, LLC**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be
listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages
are needed, copy the next page.**

|  | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Erica Gilerman, Esq.**<br>**515 Madison Ave, Suite #8108**<br><br>**New York            NY    10022** | Line    **3.13**<br>☐  Not listed.  Explain: | __ __ __ __ |
| 4.2 | **James H. Horton Law Firm, P.C.**<br>**1513 North Locust Street**<br><br>**Denton              TX    76201** | Line    **3.3**<br>☐  Not listed.  Explain: | __ __ __ __ |
| 4.3 | **John C. Williams & Associates**<br>**THE WILLIAMS LAW BUILDING**<br>**1612 N. E. EXPRESSWAY**<br><br>**ATLANTA            GA    30329** | Line    **3.7**<br>☐  Not listed.  Explain: | __ __ __ __ |
| 4.4 | **Padfield & Stout, LLP**<br>**420 Throckmorton Street, Suite 1210**<br><br>**Fort Worth            TX    76102** | Line    **3.12**<br>☐  Not listed.  Explain: | __ __ __ __ |
| 4.5 | **Triton Recovery Group**<br>**19790 W. DIXIE HWY. SUITE 301**<br><br>**AVENTURA            FL    33180** | Line    **3.13**<br>☐  Not listed.  Explain: | __ __ __ __ |

Debtor    **Raymak Enterprises, LLC**                                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------|

5.    Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.    **Total claims from Part 1**                              5a.    _____**$0.00**

5b.    **Total claims from Part 2**                              5b. **+** _____**$993,247.49**

5c.    **Total of Parts 1 and 2**                               5c.    **$993,247.49**
       Lines 5a + 5b = 5c.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Raymak Enterprises, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | Chapter **7** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐    No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑    Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.    List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Contract to be REJECTED Contract is in DEFAULT** | **Automoco Corporation** |
|---|---|---|---|
| | | | **212 S Elm St** |
| | State the term remaining | **27 payment(s)** | |
| | List the contract number of any government contract | | **Denton            TX        76201** |

**Fill in this information to identify the case:**

Debtor name **Raymak Enterprises, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules *that apply:* |
| 2.1  **Gregory Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville        TX    76240**<br>City                    State  ZIP Code | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2  **Gregory Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville        TX    76240**<br>City                    State  ZIP Code | **Anthonie Tate** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3  **Gregory Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville        TX    76240**<br>City                    State  ZIP Code | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4  **Gregory Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville        TX    76240**<br>City                    State  ZIP Code | **IPFS Corporation** | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **Raymak Enterprises, LLC** _____   Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.5** | **Gregory Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**   **76240**<br>City    State   ZIP Code | **Northbridge Management** | ☐ D<br>☑ E/F<br>☐ G |
| **2.6** | **Gregory Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**   **76240**<br>City    State   ZIP Code | **Northland Credit Corporation** | ☐ D<br>☑ E/F<br>☐ G |
| **2.7** | **Gregory Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**   **76240**<br>City    State   ZIP Code | **Parkview Advance LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.8** | **Gregory Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**   **76240**<br>City    State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |
| **2.9** | **Gregory Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**   **76240**<br>City    State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |
| **2.10** | **Gregory Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**   **76240**<br>City    State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |
| **2.11** | **Gregory Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**   **76240**<br>City    State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |

Debtor **Raymak Enterprises, LLC** _____    Case number (if known) _____

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | Check all schedules that apply: |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | |
| 2.12 Gregory Richardson | **104 Kiowa Dr W** <br> Number   Street <br><br> **Gainesville   TX   76240** <br> City            State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.13 Gregory Richardson | **104 Kiowa Dr W** <br> Number   Street <br><br> **Gainesville   TX   76240** <br> City            State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.14 Gregory Richardson | **104 Kiowa Dr W** <br> Number   Street <br><br> **Gainesville   TX   76240** <br> City            State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.15 Gregory Richardson | **104 Kiowa Dr W** <br> Number   Street <br><br> **Gainesville   TX   76240** <br> City            State   ZIP Code | **Marlin Leasing Corporation** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.16 Gregory Richardson | **104 Kiowa Dr W** <br> Number   Street <br><br> **Gainesville   TX   76240** <br> City            State   ZIP Code | **Marlin Leasing Corporation** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.17 Gregory Richardson | **104 Kiowa Dr W** <br> Number   Street <br><br> **Gainesville   TX   76240** <br> City            State   ZIP Code | **US Bank Equipment Finance** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.18 Gregory Richardson | **104 Kiowa Dr W** <br> Number   Street <br><br> **Gainesville   TX   76240** <br> City            State   ZIP Code | **Westlake Flooring Services** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor   **Raymak Enterprises, LLC**                                    Case number (if known) _____

<table>
<tr><td colspan="2">■ **Additional Page if Debtor Has More Codebtors**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.19 **Gregory Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**   **76240**<br>City                    State   ZIP Code | **Westlake Flooring Services** | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 **Gregory Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**   **76240**<br>City                    State   ZIP Code | **Westlake Flooring Services** | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 **Gregory Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**   **76240**<br>City                    State   ZIP Code | **Westlake Flooring Services** | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**   **76240**<br>City                    State   ZIP Code | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| 2.23 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**   **76240**<br>City                    State   ZIP Code | **Anthonie Tate** | ☐ D<br>☑ E/F<br>☐ G |
| 2.24 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**   **76240**<br>City                    State   ZIP Code | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| 2.25 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**   **76240**<br>City                    State   ZIP Code | **IPFS Corporation** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Raymak Enterprises, LLC**_____    Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.26 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**    **76240**<br>City    State    ZIP Code | **Northbridge Management** | ☐ D<br>☑ E/F<br>☐ G |
| 2.27 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**    **76240**<br>City    State    ZIP Code | **Northland Credit Corporation** | ☐ D<br>☑ E/F<br>☐ G |
| 2.28 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**    **76240**<br>City    State    ZIP Code | **Parkview Advance LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.29 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**    **76240**<br>City    State    ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |
| 2.30 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**    **76240**<br>City    State    ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |
| 2.31 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**    **76240**<br>City    State    ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |
| 2.32 **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number    Street<br><br>**Gainesville**    **TX**    **76240**<br>City    State    ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Raymak Enterprises, LLC** _____    Case number (if known) _____

<br>

## ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| _Column 1:_ **Codebtor** | _Column 2:_ **Creditor** |
|---|---|

| Name | Mailing address | Name | _Check all schedules that apply:_ |
|---|---|---|---|
| **2.33 Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**    **76240**<br>City                              State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |
| **2.34 Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**    **76240**<br>City                              State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |
| **2.35 Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**    **76240**<br>City                              State   ZIP Code | **First Citizens Bank & Trust Co** | ☑ D<br>☐ E/F<br>☐ G |
| **2.36 Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**    **76240**<br>City                              State   ZIP Code | **Marlin Leasing Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| **2.37 Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**    **76240**<br>City                              State   ZIP Code | **Marlin Leasing Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| **2.38 Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**    **76240**<br>City                              State   ZIP Code | **US Bank Equipment Finance** | ☑ D<br>☐ E/F<br>☐ G |
| **2.39 Rayma K Richardson** | **104 Kiowa Dr W**<br>Number      Street<br><br>**Gainesville**      **TX**    **76240**<br>City                              State   ZIP Code | **Westlake Flooring Services** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Raymak Enterprises, LLC**_____    Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | Column 2:  Creditor |
| --- | --- |

| | | | Check all schedules that apply: |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | |
| 2.40  **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number     Street | **Westlake Flooring Services** | ☑ D<br>☐ E/F<br>☐ G |
| | **Gainesville**     **TX**   **76240**<br>City                       State   ZIP Code | | |
| 2.41  **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number     Street | **Westlake Flooring Services** | ☑ D<br>☐ E/F<br>☐ G |
| | **Gainesville**     **TX**   **76240**<br>City                       State   ZIP Code | | |
| 2.42  **Rayma K Richardson** | **104 Kiowa Dr W**<br>Number     Street | **Westlake Flooring Services** | ☑ D<br>☐ E/F<br>☐ G |
| | **Gainesville**     **TX**   **76240**<br>City                       State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name  **Raymak Enterprises, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B........................................................................................................... | **$0.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B....................................................................................................... | **$538,055.61**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B......................................................................................................... | **$538,055.61**

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | **$769,864.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. | **+ $993,247.49**

4.  **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................................................ | **$1,763,111.49**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor Name | **Raymak Enterprises, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/25/2023**
MM / DD / YYYY

X **/s/ Gregory Richardson**
Signature of individual signing on behalf of debtor

**Gregory Richardson**
Printed name

**Owner-Operator**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Raymak Enterprises, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.  Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | Gross revenue |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2023** to MM / DD / YYYY | Filing date | ☑ Operating a business ☐ Other _____ | $0.00 |
| **For prior year:** | From **01/01/2022** to MM / DD / YYYY | **12/31/2022** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $2,030,940.00 |
| **For the year before that:** | From **01/01/2021** to MM / DD / YYYY | **12/31/2021** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $3,960,095.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor  **Raymak Enterprises, LLC**                                    Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **CIT Bank, N.A.**<br>Creditor's name<br>**10201 Centurion Parkway N. #100**<br>Street<br><br>**Jacksonville**   **FL**   **32256**<br>City   State   ZIP Code | **2013 Freightliner Cascadia**<br>**VIN ending in 3711** | **1/8/2023** | **$18,000.00** |
| 5.2. | **First Citizens Bank & Trust Co**<br>Creditor's name<br>**21146 Network Place**<br>Street<br><br>**Chicago**   **IL**   **60673**<br>City   State   ZIP Code | **2014 Volvo Truck**<br>**VIN ending in 4353** | **Nov. 2022** | **$23,000.00** |
| 5.3. | **Westlake Flooring**<br>Creditor's name<br>**4751 Wilshire Blvd**<br>Street<br>**Suite 100**<br><br>**Los Angeles**   **CA**   **90010**<br>City   State   ZIP Code | **2015 Peterbilt 587**<br>**VIN ending in 8483** | **1/8/2023** | **$33,500.00** |
| 5.4. | **First Citizens Bank & Trust Co**<br>Creditor's name<br>**21146 Network Place**<br>Street<br><br>**Chicago**   **IL**   **60673**<br>City   State   ZIP Code | **2013 Freightliner Cascadia**<br>**VIN ending in 9370** | **1/8/2023** | **$18,000.00** |

Debtor   __Raymak Enterprises, LLC_____     Case number (if known) _____
          Name

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from
an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because
the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **PARKVIEW ADVANCE LLC v. RAYMAK ENTERPRISES LLC et al** | **Debt Collection** | **Kings County Supreme Court** <br> Name <br> **360 Adams St #4** <br> Street <br> **Brooklyn      NY    11201** <br> City        State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **0533337/2022** | | | |
| 7.2. | **Northland Credit Corporation vs Holman's DNA Trucking and Construction LLC d/b/a DNA Auto, Gregory Holman, and Aja Holman** | **Civil Suit** | **County Court at Law No. 1 - Tarrant Co** <br> Name <br> **100 W. Weatherford St** <br> Street <br> **Room 490** <br> **Fort Worth      TX    76196** <br> City        State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **2021-001555-1** | | | |
| 7.3. | Anthonie D. Tate VS. GPS Trucks, LLC | **Civil Suit** | **County Court At Law #2 - Denton Cou** <br> Name <br> **1450 E McKinney St** <br> Street <br> **Denton      TX    76209** <br> City        State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **CV-2022-00965** | | | |

Debtor    **Raymak Enterprises, LLC**_____    Case number (if known) _____
          Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Joyce W Lindauer Attorney, PLLC** | **$3,838 - included filing fee** | **Jan. 2023** | **$3,838.00** |

**Address**

**1412 Main Street, Suite 500**
Street

_____

**Dallas**           **TX**   **75202**
City                State   ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Debtor | **Raymak Enterprises, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
  ☐ No.  Go to Part 10.
  ☐ Yes.  Fill in below:

Debtor   **Raymak Enterprises, LLC**                                      Case number (if known) _____
_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor   **Raymak Enterprises, LLC**                                    Case number (if known) _____
<br>_____ Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **MILNER WOODRUFF CPAs** | From  01/01/2020   To  01/01/2023 |
| Name | |
| **3505 YUCCA DRIVE SUITE 101** | |
| Street | |
| | |
| **FLOWER MOUND**          **TX**      **75028** | |
| City                            State      ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Raymak Enterprises, LLC**          Case number (if known) _____
_____
Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rayma Richardson | 104 Kiowa Drive W<br>Gainesville, TX 76240 | Owner | 90% |
| Gregory Richardson | 104 Kiowa Drive W<br>Gainesville, TX 76240 | Owner-Operator | 10% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Rayma Richardson**<br>Name<br>**104 Kiowa Drive W**<br>Street<br><br>**Gainesville** **TX** **76240**<br>City    State   ZIP Code<br><br>Relationship to debtor<br>**Owner** | $17,000.00 | January 2022 - December 2022 | Salary |
| 30.2. | **Gregory Richardson**<br>Name<br>**104 Kiowa Drive W**<br>Street<br><br>**Gainesville** **TX** **76240**<br>City    State   ZIP Code<br><br>Relationship to debtor<br>**Owner-Operator** | $23,850.00 | January 2022 - December 2022 | Salary |

Debtor     **Raymak Enterprises, LLC**                                    Case number (if known) _____
           Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

---

**Part 14:**   **Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/25/2023**
            MM / DD / YYYY

**X** **/s/ Gregory Richardson**                                    Printed name  **Gregory Richardson**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor **Owner-Operator**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re  **Raymak Enterprises, LLC**                              Case No. _____

                                                               Chapter    **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................... **$3,500.00**

   Prior to the filing of this statement I have received........................................................ **$3,500.00**

   Balance Due............................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/25/2023** | **/s/ Joyce W. Lindauer** | |
| --- | --- | --- |
| *Date* | *Joyce W. Lindauer* | Bar No.  21555700 |
| | Joyce Lindauer | |
| | Joyce W. Lindauer Attorney, PLLC | |
| | 1412 Main Street, Suite 500 | |
| | Dallas, TX 75202 | |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 | |

---

**/s/ Gregory Richardson**
*Gregory Richardson*
*Owner-Operator*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Raymak Enterprises, LLC**                                    CASE NO

                                                                    CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  1/25/2023 _____          Signature  **/s/ Gregory Richardson** _____
                                                        ***Gregory Richardson***
                                                        ***Owner-Operator***



Date _____          Signature _____

Acme Car Shipping
812 Office Park Cir #107
Lewisville, TX 75057


American Express
PO Box 6031
Carol Stream, IL 60197


Anthonie Tate
791 Baltmore Hill Rd
Huntsville, AL 35810


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Automoco Corporation
212 S Elm St
Denton, TX 76201


Baldbear Investments
10705 Royal Park Drive
Dallas, TX 75230


Bank of America
PO Box 15796
Wilmington, DE 19886


Best Team Pneumatics
2551 Warfield Avenue
Fort Worth, TX 76106


CIT Bank, N.A.
10201 Centurion Parkway N. #100
Jacksonville, FL 32256

Comdata Premium Fleet
PO Box 100647
Atlanta, GA 30384


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


Erica Gilerman, Esq.
515 Madison Ave, Suite #8108
New York, NY 10022


First Citizens Bank & Trust Co
21146 Network Place
Chicago, IL 60673


First State Bank
801 E. CALIFORNIA ST.
GAINESVILLE, TX 76240


Gregory Richardson
104 Kiowa Dr W
Gainesville, TX 76240


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346


IPFS Corporation
PO Box 412086
Kansas City, MO 64141

J&A Holding
410 Collins Street
Argyle, TX 76226


James H. Horton Law Firm, P.C.
1513 North Locust Street
Denton, Texas 76201


John C. Williams & Associates
THE WILLIAMS LAW BUILDING
1612 N. E. EXPRESSWAY
ATLANTA, GEORGIA 30329


Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Loads InTransit, LLC
22902 128th Ave E
Graham, WA 98338


Marlin Leasing Corporation
PO Box 13604
Philadelphia, PA 19101


Northbridge Management
212 South Elm Street
Denton, TX 76201


Northland Credit Corporation
5400 Opportunity Court, Suite 150
Minnetonka, MN 55343


Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102

```
Parkview Advance LLC
600 Summer St Suite 204
Stamford, CT 06901



Point Bank
P.O. Box 278
Pilot Point, TX 76258



Rafter Trucking
9 Stacy Cove
Conway, AR 72032



Rayma K Richardson
104 Kiowa Dr W
Gainesville, TX 76240



Sandhills Global
PO Box 85673
Lincoln, NE 68501



Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001



Triton Recovery Group
19790 W. DIXIE HWY. SUITE 301
AVENTURA, FL. 33180



U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204



U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231
```

```
US Bank Equipment Finance
PO Box 790448
St Louis, MO 63179


Valley Sugar Trucking
4200 Horizon North Pkwy
Apt 626
Dallas, TX 75287


Westlake Flooring Services
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010
```