IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 23-40141 |
| RAYMAK ENTERPRISES, LLC<br>CORPORATE TAX ID: 82-4963370 | |
| DEBTOR | CHAPTER 7 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Denton, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  January 26, 2023

                                                      Respectfully submitted,

                                                      MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                      Attorneys for Claimant, The County of Denton, Texas

                                                      */s/Julie Anne Parsons*
                                                      Julie Anne Parsons
                                                      State Bar Number 00790358
                                                      P.O. Box 1269
                                                      Round Rock, Texas 78680
                                                      Telephone: (512) 323-3200
                                                      Fax: (512) 323-3205
                                                      Email: jparsons@mvbalaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to:
Joyce W. Lindauer, Joyce Lindauer, Attorney, 1412 Main Street Suite 500, Dallas, Texas 75202;
Mark A. Weisbart, 10501 N Central Expy Ste 106, Dallas, Texas 75231-2203, and to those parties listed on the Court's Notice of Electronic Filing on January 26, 2023, by Electronic Notification.

                                                        */s/Julie Anne Parsons*
                                                      Julie Anne Parsons