**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | Raymak Enterprises, LLC <br> Name | EIN: 82–4963370 |
| United States Bankruptcy Court | Eastern District of Texas | Date case filed for chapter: 7   1/25/23 |
| Case number: | 23–40141 | |

## Official Form 309C (For Corporations or Partnerships)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Raymak Enterprises, LLC | |
| 2. | **All other names used in the last 8 years** | dba GPS Trucks, LLC, dba GPS Trucks, dba Keep America Trucking, LLC, dba Raymak Ranch, LLC, dba Raymak Financial, LLC | |
| 3. | **Address** | P.O. Box 27 <br> Sanger, TX 76266 | |
| 4. | **Debtor's attorney** <br> Name and address | Joyce W. Lindauer <br> Joyce Lindauer, Attorney <br> 1412 Main Street <br> Suite 500 <br> Dallas, TX 75202 | Contact phone 972–503–4033 <br><br> Email: joyce@joycelindauer.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Mark A. Weisbart <br> Chapter 7 Bankruptcy Trustee <br> 10501 N Central Expy Suite 106 <br> Dallas, TX 75231–2203 | Contact phone 972–755–7103 <br><br> Email: mweisbart@haywardfirm.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Suite 300B <br> 660 North Central Expressway <br> Plano, TX 75074 | Hours open: <br> 8:00 – 4:00 <br><br> Contact phone (972)509–1240 <br><br> Date: 1/25/23 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 24, 2023 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Telephonic Dial–In Information,** <br> **https://www.txeb.uscourts.gov/341info** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 23-40141-btr
Raymak Enterprises, LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 2
Date Rcvd: Jan 26, 2023      Form ID: 309C      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymak Enterprises, LLC, P.O. Box 27, Sanger, TX 76266-0027 |
| 8225031 | + | Acme Car Shipping, 812 Office Park Cir #107, Lewisville, TX 75057-3171 |
| 8225032 | + | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 8225033 | + | Anthonie Tate, 791 Baltmore Hill Rd, Huntsville, AL 35810-6430 |
| 8225035 | + | Automoco Corporation, 212 S Elm St, Denton, TX 76201-6004 |
| 8225036 | + | Baldbear Investments, 10705 Royal Park Drive, Dallas, TX 75230-3623 |
| 8225038 | + | Best Team Pneumatics, 2551 Warfield Avenue, Fort Worth, TX 76106-7554 |
| 8225039 | + | CIT Bank, N.A., 10201 Centurion Parkway N. #100, Jacksonville, FL 32256-4114 |
| 8225040 | + | Comdata Premium Fleet, PO Box 100647, Atlanta, GA 30384-0647 |
| 8225042 | + | Erica Gilerman, Esq., 515 Madison Ave, Suite #8108, New York, NY 10022-5403 |
| 8225043 | + | First Citizens Bank & Trust Co, 21146 Network Place, Chicago, IL 60673-1211 |
| 8225044 | + | First State Bank, 801 E. CALIFORNIA ST., GAINESVILLE, TX 76240-4276 |
| 8225045 | + | Gregory Richardson, 104 Kiowa Dr W, Gainesville, TX 76240-9584 |
| 8225049 | + | J&A Holding, 410 Collins Street, Argyle, TX 76226-2357 |
| 8225050 | + | James H. Horton Law Firm, P.C., 1513 North Locust Street, Denton, Texas 76201-3041 |
| 8225051 | + | John C. Williams & Associates, THE WILLIAMS LAW BUILDING, 1612 N. E. EXPRESSWAY, ATLANTA, GEORGIA 30329-2003 |
| 8225053 | + | Loads InTransit, LLC, 22902 128th Ave E, Graham, WA 98338-7826 |
| 8225054 | + | Marlin Leasing Corporation, PO Box 13604, Philadelphia, PA 19101-3604 |
| 8225055 | + | Northbridge Management, 212 South Elm Street, Denton, TX 76201-6004 |
| 8225056 | + | Northland Credit Corporation, 5400 Opportunity Court, Suite 150, Minnetonka, MN 55343-7396 |
| 8225057 | + | Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 8225058 | + | Parkview Advance LLC, 600 Summer St Suite 204, Stamford, CT 06901-1400 |
| 8225060 | + | Rafter Trucking, 9 Stacy Cove, Conway, AR 72032-8763 |
| 8225061 | + | Rayma K Richardson, 104 Kiowa Dr W, Gainesville, TX 76240-9584 |
| 8225062 | + | Sandhills Global, PO Box 85673, Lincoln, NE 68501-5673 |
| 8225067 | + | US Bank Equipment Finance, PO Box 790448, St Louis, MO 63179-0448 |
| 8225068 | + | Valley Sugar Trucking, 4200 Horizon North Pkwy, Apt 626, Dallas, TX 75287-2814 |
| 8225069 | + | Westlake Flooring Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: joyce@joycelindauer.com | Jan 27 2023 00:10:00 | Joyce W. Lindauer, Joyce Lindauer, Attorney, 1412 Main Street, Suite 500, Dallas, TX 75202 |
| tr | | Email/Text: mark.weisbart@txitrustee.com | Jan 27 2023 00:10:00 | Mark A. Weisbart, Chapter 7 Bankruptcy Trustee, 10501 N Central Expy Suite 106, Dallas, TX 75231-2203 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jan 27 2023 00:10:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8225034 | | Email/Text: bcd@oag.texas.gov | Jan 27 2023 00:10:00 | Attorney General of Texas, Bankruptcy Division, PO Box 12548, Austin, TX 78711-2548 |
| 8225037 | + | EDI: BANKAMER.COM | Jan 27 2023 05:09:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |

| District/off: 0540-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 309C | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 8225048 | + Email/Text: ipfscollectionsreferrals@ipfs.com | Jan 27 2023 00:11:00 | IPFS Corporation, PO Box 412086, Kansas City, MO 64141-2086 |
| 8225047 | EDI: IRS.COM | Jan 27 2023 05:09:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8225052 | + Email/Text: dallas.bankruptcy@LGBS.com | Jan 27 2023 00:10:00 | Linebarger Goggan Blair & Sampson, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 8225059 | + Email/Text: ccacollections@pointbank.com | Jan 27 2023 00:11:00 | Point Bank, P.O. Box 278, Pilot Point, TX 76258-0278 |
| 8225041 | Email/Text: pacer@cpa.state.tx.us | Jan 27 2023 00:11:00 | Comptroller of Public Accts, Rev Acctg Div/Bankruptcy Dept, PO BOX 13528, Austin, TX 78711 |
| 8225064 | Email/Text: legal@tritonrecoveryllc.com | Jan 27 2023 00:10:00 | Triton Recovery Group, 19790 W. DIXIE HWY. SUITE 301, AVENTURA, FL. 33180 |
| 8225063 | Email/Text: collections.pacer@twc.texas.gov | Jan 27 2023 00:11:00 | Texas Workforce Commission, 101 East 15th Street, Austin, TX 78778-0001 |
| 8225065 | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | Jan 27 2023 00:10:00 | U. S. Attorney, 110 N. College Ave., Suite 700, Tyler, TX 75702-0204 |
| 8225066 | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jan 27 2023 00:10:00 | U. S. Trustee's Office, 110 N. College Street, Suite 300, Tyler, TX 75702-7231 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8225046 | *+ | Internal Revenue Service, Mail Code DAL-5020, 1100 Commerce Street, Dallas, Texas 75242-1100 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023        Signature:        /s/Gustava Winters