Form reqobar

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Sherman (Plano)
Suite 300B
660 North Central Expressway
Plano, TX 75074

---

| In Re: | Raymak Enterprises, LLC<br>Debtor | Bankruptcy Case No.: 23–40141<br>Chapter: 7 |

---

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIMS COMBINED WITH NOTICE THEREOF

TO THE CREDITORS OF THE ABOVE–NAMED DEBTOR:

Notice having been previously given that creditors of the above–named debtor(s) were not required to file proofs of claims and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT 5/8/23 is hereby fixed as the last date for the filing of proofs of claim by any creditor of the above–named debtor(s) who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. Creditors must file a claim, whether or not they are included in the list of creditors filed by the debtor(s), no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on the official form prescribed for proofs of claim ("Official Form B 410"), a copy of which can be obtained at the United States Courts Web site: https://ecf.txeb.uscourts.gov/b410.html or at any bankruptcy clerk's office.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the filing of the final report of the trustee, applications for compensation and the proposed distributions which may include a possible dividend to creditors.

Proof of Claim Deadline for **Non–Governmental** Claimants **5/8/23**.
Proof of Claim Deadline for **Governmental** Units is **8/28/23**.

Dated: 2/27/23

                                        Jason K. McDonald, Clerk
                                        U.S. Bankruptcy Court

ELECTRONICALLY FILE PROOFS OF CLAIM AT:

https://ecf.txeb.uscourts.gov/cgi–bin/autoFilingClaims.pl

OR MAIL ORIGINAL PROOFS OF CLAIM TO:

Suite 300B
660 North Central Expressway
Plano, TX 75074

*** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE–FILE SAME AND MAY DISREGARD THIS NOTICE. CLAIMANTS ARE STRONGLY ENCOURAGED TO USE THE CLAIM FORM LOCATED AT https://ecf.txeb.uscourts.gov/b410.html OR AT ANY BANKRUPTCY CLERK'S OFFICE.