Form reqobar

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Sherman (Plano)
Suite 300B
660 North Central Expressway
Plano, TX 75074

---

In    Raymak Enterprises, LLC             Bankruptcy Case No.: 23−40141
Re:    Debtor                                      Chapter:  7

---

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIMS COMBINED WITH NOTICE THEREOF

TO THE CREDITORS OF THE ABOVE−NAMED DEBTOR:

Notice having been previously given that creditors of the above−named debtor(s) were not required to file proofs of claims and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT 5/8/23 is hereby fixed as the last date for the filing of proofs of claim by any creditor of the above−named debtor(s) who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. Creditors must file a claim, whether or not they are included in the list of creditors filed by the debtor(s), no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on the official form prescribed for proofs of claim ("Official Form B 410"), a copy of which can be obtained at the United States Courts Web site: https://ecf.txeb.uscourts.gov/b410.html or at any bankruptcy clerk's office.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the filing of the final report of the trustee, applications for compensation and the proposed distributions which may include a possible dividend to creditors.

Proof of Claim Deadline for **Non−Governmental** Claimants **5/8/23**.
Proof of Claim Deadline for **Governmental** Units is **8/28/23**.

Dated: 2/27/23

Jason K. McDonald, Clerk
U.S. Bankruptcy Court

ELECTRONICALLY FILE PROOFS OF CLAIM AT:

https://ecf.txeb.uscourts.gov/cgi−bin/autoFilingClaims.pl

OR MAIL ORIGINAL PROOFS OF CLAIM TO:

Suite 300B
660 North Central Expressway
Plano, TX 75074

*** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE. CLAIMANTS ARE STRONGLY ENCOURAGED TO USE THE CLAIM FORM LOCATED AT https://ecf.txeb.uscourts.gov/b410.html OR AT ANY BANKRUPTCY CLERK'S OFFICE.

United States Bankruptcy Court

Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 23-40141-btr |
| Raymak Enterprises, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 27, 2023 | Form ID: 895 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymak Enterprises, LLC, P.O. Box 27, Sanger, TX 76266-0027 |
| cr | + | Parkview Advance LLC, Brian J. Wagner, Kutak Rock LLP, 5 Park Plaza, Ste. 1500 Irvine, CA 92614-8595 |
| 8225031 | #+ | Acme Car Shipping, 812 Office Park Cir #107, Lewisville, TX 75057-3171 |
| 8225032 | + | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 8225033 | + | Anthonie Tate, 791 Baltmore Hill Rd, Huntsville, AL 35810-6430 |
| 8225035 | + | Automoco Corporation, 212 S Elm St, Denton, TX 76201-6004 |
| 8225036 | + | Baldbear Investments, 10705 Royal Park Drive, Dallas, TX 75230-3623 |
| 8225038 | + | Best Team Pneumatics, 2551 Warfield Avenue, Fort Worth, TX 76106-7554 |
| 8225039 | + | CIT Bank, N.A., 10201 Centurion Parkway N. #100, Jacksonville, FL 32256-4114 |
| 8225040 | + | Comdata Premium Fleet, PO Box 100647, Atlanta, GA 30384-0647 |
| 8225042 | + | Erica Gilerman, Esq., 515 Madison Ave, Suite #8108, New York, NY 10022-5403 |
| 8225043 | + | First Citizens Bank & Trust Co, 21146 Network Place, Chicago, IL 60673-1211 |
| 8234530 | + | First Citizens Bank & Trust Company, PO Box 593007, San Antonio, TX 78259-0200 |
| 8225044 | + | First State Bank, 801 E. CALIFORNIA ST., GAINESVILLE, TX 76240-4276 |
| 8225045 | + | Gregory Richardson, 104 Kiowa Dr W, Gainesville, TX 76240-9584 |
| 8225049 | + | J&A Holding, 410 Collins Street, Argyle, TX 76226-2357 |
| 8225050 | + | James H. Horton Law Firm, P.C., 1513 North Locust Street, Denton, Texas 76201-3041 |
| 8225051 | + | John C. Williams & Associates, THE WILLIAMS LAW BUILDING, 1612 N. E. EXPRESSWAY, ATLANTA, GEORGIA 30329-2003 |
| 8225053 | + | Loads InTransit, LLC, 22902 128th Ave E, Graham, WA 98338-7826 |
| 8225054 | + | Marlin Leasing Corporation, PO Box 13604, Philadelphia, PA 19101-3604 |
| 8225055 | + | Northbridge Management, 212 South Elm Street, Denton, TX 76201-6004 |
| 8225056 | + | Northland Credit Corporation, 5400 Opportunity Court, Suite 150, Minnetonka, MN 55343-7396 |
| 8225057 | + | Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 8225058 | + | Parkview Advance LLC, 600 Summer St Suite 204, Stamford, CT 06901-1400 |
| 8225060 | + | Rafter Trucking, 9 Stacy Cove, Conway, AR 72032-8763 |
| 8225061 | + | Rayma K Richardson, 104 Kiowa Dr W, Gainesville, TX 76240-9584 |
| 8225062 | + | Sandhills Global, PO Box 85673, Lincoln, NE 68501-5673 |
| 8225067 | + | US Bank Equipment Finance, PO Box 790448, St Louis, MO 63179-0448 |
| 8225068 | + | Valley Sugar Trucking, 4200 Horizon North Pkwy, Apt 626, Dallas, TX 75287-2814 |
| 8225069 | + | Westlake Flooring Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: mark.weisbart@txitrustee.com | Feb 27 2023 23:52:00 | Mark A. Weisbart, Chapter 7 Bankruptcy Trustee, 10501 N Central Expy Suite 106, Dallas, TX 75231-2203 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Feb 27 2023 23:53:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: tleday@mvbalaw.com | Feb 27 2023 23:52:00 | The County of Denton, Texas, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269, Round Rock, TX 78680-1269 |

District/off: 0540-4        User: admin        Page 2 of 3

Date Rcvd: Feb 27, 2023        Form ID: 895        Total Noticed: 44

| 8225034 | | Email/Text: bcd@oag.texas.gov | Feb 27 2023 23:52:00 | Attorney General of Texas, Bankruptcy Division, PO Box 12548, Austin, TX 78711-2548 |
| 8225037 | + | EDI: BANKAMER.COM | Feb 28 2023 04:46:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 8225048 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | Feb 27 2023 23:53:00 | IPFS Corporation, PO Box 412086, Kansas City, MO 64141-2086 |
| 8225047 | | EDI: IRS.COM | Feb 28 2023 04:46:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8225052 | + | Email/Text: dallas.bankruptcy@LGBS.com | Feb 27 2023 23:53:00 | Linebarger Goggan Blair & Sampson, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 8225059 | + | Email/Text: ccacollections@pointbank.com | Feb 27 2023 23:53:00 | Point Bank, P.O. Box 278, Pilot Point, TX 76258-0278 |
| 8225041 | | Email/Text: pacer@cpa.state.tx.us | Feb 27 2023 23:53:00 | Comptroller of Public Accts, Rev Acctg Div/Bankruptcy Dept, PO BOX 13528, Austin, TX 78711 |
| 8225064 | | Email/Text: legal@tritonrecoveryllc.com | Feb 27 2023 23:52:00 | Triton Recovery Group, 19790 W. DIXIE HWY. SUITE 301, AVENTURA, FL. 33180 |
| 8225063 | | Email/Text: collections.pacer@twc.texas.gov | Feb 27 2023 23:53:00 | Texas Workforce Commission, 101 East 15th Street, Austin, TX 78778-0001 |
| 8225065 | | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | Feb 27 2023 23:52:00 | U. S. Attorney, 110 N. College Ave., Suite 700, Tyler, TX 75702-0204 |
| 8225066 | | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Feb 27 2023 23:53:00 | U. S. Trustee's Office, 110 N. College Street, Suite 300, Tyler, TX 75702-7231 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 8225046 | *+ | Internal Revenue Service, Mail Code DAL-5020, 1100 Commerce Street, Dallas, Texas 75242-1100 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2023        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:**

**Name**        **Email Address**

Case 23-40141    Doc 10    Filed 03/01/23    Entered 03/01/23 23:32:25    Desc Imaged
Certificate of Notice    Page 4 of 4

District/off: 0540-4                          User: admin                                    Page 3 of 3
Date Rcvd: Feb 27, 2023                       Form ID: 895                                    Total Noticed: 44

Brian J. Wagner
                        on behalf of Creditor Parkview Advance LLC brian.wagner@kutakrock.com
                        mary.clark@kutakrock.com;jeremy.williams@kutakrock.com;adolyn.wyatt@kutakrock.com;amanda.nugent@kutakrock.com

James Randolph Liebler, II
                        on behalf of Creditor Westlake Flooring Services jrlii@lgplaw.com  mkv@lgplaw.com

Joyce W. Lindauer
                        on behalf of Debtor Raymak Enterprises  LLC joyce@joycelindauer.com,
                        dian@joycelindauer.com;12113@notices.nextchapterbk.com

Julie Anne Parsons
                        on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com,
                        kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Mark A. Weisbart
                        mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

US Trustee
                        USTPRegion06.TY.ECF@USDOJ.GOV


TOTAL: 6