IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 23-40141 |
| RAYMAK ENTERPRISES, LLC § | |
| § | CHAPTER 7 |
| DEBTOR. § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that U.S. Bank National Association d/b/a U.S. Bank Equipment Finance (hereinafter "U.S. Bank"), files this Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C., § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

> Christopher V. Arisco
> PADFIELD & STOUT, L.L.P.
> 420 Throckmorton Street, Suite 1210
> Fort Worth, Texas 76102
> (817) 338-1616 (Phone)
> (817) 338-1610 (Facsimile)

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C., § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b) property which the Debtor may claim in interest; (c) Debtor's property of the estate; and (d) all other property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment,

or other conduct by U.S. Bank or which provide or are required to provide U.S. Bank an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas  76102
(817) 338-1616 phone
(817) 338-1610 fax

/s/ *Christopher V. Arisco*
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance*

## CERTIFICATE OF SERVICE

       The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Tuesday, April 11, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| **Raymak Enterprises, LLC**<br>P.O. Box 27<br>Sanger, Texas 76266<br><br>*Debtor* | **Joyce Lindauer**<br>Joyce Lindauer, Attorney<br>1412 Main Street, Suite 500<br>Dallas, Texas 75202<br><br>*Attorneys for Debtor* |
|---|---|
| **Mark A. Weisbart**<br>Chapter 7 Bankruptcy Trustee<br>10501 N. Central Expwy, Suite 106<br>Dallas, Texas 75231-2203<br><br>*Chapter 7 Trustee* | **U.S. Trustee**<br>Office of the U.S. Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702<br><br>*United States Trustee* |
| **All those parties receiving ECF filings in this case.** | |

                                 */s/ Christopher V. Arisco*
                                 Christopher V. Arisco