IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RAYMAK ENTERPRISES, LLC, | § | Case No. 23-40141-btr-13 |
| | § | (Chapter 7) |
| Debtor | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW First-Citizens Bank & Trust Company aka CIT Bank, successor-in-interest to CIT Bank, N.A, a creditor and party-in-interest in the above-styled Chapter 11 case and, pursuant to Fed. R. Bankr. P. 2002 and 9010(b), respectfully requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case and any case consolidated herewith, be given to and served upon the undersigned at said address:

>Larry Chek
>Palmer Lehman Sandberg, PLLC
>8350 N. Central Expressway, Suite 1111
>Dallas, Texas 75206
>Telephone: (214) 242-6444
>Facsimile: (214) 265-1950
>lchek@pamlaw.com

>Respectfully submitted,
>
>*/s/ Larry Chek*
>Larry Chek
>State Bar No. 04174650
>
>**Palmer Lehman Sandberg, PLLC**
>8350 N. Central Expressway, Suite 1111
>Dallas, Texas 75206
>Telephone: (214) 242-6444
>Facsimile: (214) 265-1950
>Email: lchek@pamlaw.com

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE – Page 1**

ATTORNEYS FOR FIRST-CITIZENS BANK & TRUST COMPANY aka CIT BANK

## CERTIFICATE OF SERVICE

The undersigned certifies that he served all parties requesting notice in this case with a copy of the foregoing Notice via this Court's ECF electronic filing system on the date of filing of the Notice (4/12/2023).

*/s/  Larry Chek*
Larry Chek