IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| RAYMAK ENTERPRISES, LLC, | § § § | Case No. 23-40141-btr-13 (Chapter 7) |
| Debtor | § § | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Came on to be considered on this day the Motion for Relief from the Automatic Stay Against Property or, Alternatively, for Adequate Protection (the "*Motion*") filed by First-Citizens Bank & Trust Company aka CIT Bank ("*Bank*"), a secured creditor.

The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection to the Motion was timely filed. After consideration of the Motion, the Court finds that there is cause for relief from the automatic stay as to the following equipment that is Bank's collateral (collectively, the "*Equipment*"):

- 2012 Freightliner Cascadia truck tractor VIN 1FUJGLDR1CSBH2371;

- three (3) 2013 Freightliner Cascadia sleeper truck tractors VINs 3AKJGLDR4DSFB9370, 1FUJGLDRXDSBV3310, and 1FUJGLDR2DLBT3711;

- three (3) 2014 Freightliner Cascadia truck tractors VINs

3AKJGLD67ESFM1357, 3AKJGLD69ESFM1389, and 3AKGGLD56ESFY0703;

- 2011 Peterbilt model 386 truck tractor VIN 1XPHD49X1BD129471; and

- three (3) 2016 model year truck tractors, including a Freightliner VIN 3AKJGLBG0GSGW1760 and two (2) Internationals VINs 3HSDJAPR0GN137182 and 3HSDJAPR6GN137185.

Accordingly,

It is ORDERED, ADJUDGED and DECREED as follows:

ORDERED that the automatic stay under section 362(a) is hereby terminated as to the Equipment and any insurance proceeds thereof, and Bank may proceed without further order of the Court to exercise one or more of its contractual and legal remedies with respect to the Equipment, including repossession and foreclosure sale thereof; and it is further

ORDERED that, since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(a)(3) shall not be applicable to the relief granted under this Order.

Signed on 05/01/2023

_Brenda T. Rhoades_    SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Prepared by:

Larry Chek
Palmer Lehman Sandberg, PLLC
8350 North Central Expressway, Suite 1111
Dallas, Texas  75206

**ORDER – Page 3**
18064/Bkr Pleadings

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                                              Case No. 23-40141-btr
Raymak Enterprises, LLC                                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4  User: admin  Page 1 of 2
Date Rcvd: May 01, 2023  Form ID: pdf400  Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymak Enterprises, LLC, P.O. Box 27, Sanger, TX 76266-0027 |
| cr | + | First-Citizens Bank & Trust Company aka CIT Bank, Attn: Laura Messina, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| cr | + | Parkview Advance LLC, Brian J. Wagner, Kutak Rock LLP, 5 Park Plaza, Ste. 1500 Irvine, CA 92614-8595 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 02 2023 06:59:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: tleday@mvbalaw.com | May 02 2023 06:59:00 | The County of Denton, Texas, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2023                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:**

**Name**                     **Email Address**
Brian J. Wagner

District/off: 0540-4                User: admin                                           Page 2 of 2
Date Rcvd: May 01, 2023             Form ID: pdf400                                  Total Noticed: 6

|                          |                                                                                                                                                                                                 |
|--------------------------|---|
|                          | on behalf of Creditor Parkview Advance LLC brian.wagner@kutakrock.com mary.clark@kutakrock.com;jeremy.williams@kutakrock.com;adolyn.wyatt@kutakrock.com;amanda.nugent@kutakrock.com |
| Christopher V. Arisco    | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance carisco@padfieldstout.com |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Services jrlii@lgplaw.com mkv@lgplaw.com |
| Joyce W. Lindauer        | on behalf of Debtor Raymak Enterprises LLC joyce@joycelindauer.com, dian@joycelindauer.com |
| Julie Anne Parsons       | on behalf of Creditor The County of Denton Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Larry Chek               | on behalf of Creditor First-Citizens Bank & Trust Company aka CIT Bank lchek@pamlaw.com mislas@pamlaw.com |
| Mark A. Weisbart         | on behalf of Trustee Mark A. Weisbart mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |
| Mark A. Weisbart         | mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |
| US Trustee               | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 9