**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>RAYMAK ENTERPRISES LLC<br><br>Debtor | Case No. 23-40141<br>Chapter 7 |

**ORDER GRANTING APPLICATION TO
APPROVE EMPLOYMENT OF ATTORNEYS**

ON THIS DAY CAME ON FOR CONSIDERATION the Application To Approve Employment of Attorneys (the "Application") filed by Mark A. Weisbart, Chapter 7 Trustee, to employ Hayward PLLC (the "Firm") as attorneys for the Trustee.  After consideration of the Application, the arguments presented by counsel, finding that notice was proper and that the Office of the United States Trustee has no objections to the employment of the Firm as attorneys for the Trustee, it is the opinion of this Court that the Application should be granted.

IT IS, THEREFORE, ORDERED that:

1. The Application to approve the employment of attorneys is hereby granted; and

2. The Firm is hereby employed as attorneys for the Trustee effective as of March 24, 2023.

Signed on 05/09/2023

_Brenda T. Rhoades_   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 23-40141-btr |
| Raymak Enterprises, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 09, 2023 | Form ID: pdf400 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymak Enterprises, LLC, P.O. Box 27, Sanger, TX 76266-0027 |
| cr | + | First-Citizens Bank & Trust Company aka CIT Bank, Attn: Laura Messina, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| cr | + | Parkview Advance LLC, Brian J. Wagner, Kutak Rock LLP, 5 Park Plaza, Ste. 1500 Irvine, CA 92614-8595 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| 8225031 | #+ | Acme Car Shipping, 812 Office Park Cir #107, Lewisville, TX 75057-3171 |
| 8225033 | + | Anthonie Tate, 791 Baltmore Hill Rd, Huntsville, AL 35810-6430 |
| 8225035 | + | Automoco Corporation, 212 S Elm St, Denton, TX 76201-6004 |
| 8225036 | + | Baldbear Investments, 10705 Royal Park Drive, Dallas, TX 75230-3623 |
| 8225038 | + | Best Team Pneumatics, 2551 Warfield Avenue, Fort Worth, TX 76106-7554 |
| 8225039 | + | CIT Bank, N.A., 10201 Centurion Parkway N. #100, Jacksonville, FL 32256-4114 |
| 8225040 | + | Comdata Premium Fleet, PO Box 100647, Atlanta, GA 30384-0647 |
| 8225042 | + | Erica Gilerman, Esq., 515 Madison Ave, Suite #8108, New York, NY 10022-5403 |
| 8225043 | + | First Citizens Bank & Trust Co, 21146 Network Place, Chicago, IL 60673-1211 |
| 8234530 | + | First Citizens Bank & Trust Company, PO Box 593007, San Antonio, TX 78259-0200 |
| 8225044 | + | First State Bank, 801 E. CALIFORNIA ST., GAINESVILLE, TX 76240-4276 |
| 8254976 | + | First-Citizens Bank and Trust Company aka CIT Bank, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 8225045 | + | Gregory Richardson, 104 Kiowa Dr W, Gainesville, TX 76240-9584 |
| 8247482 | + | J & A Holdings Group, c/o Jeff Hall, 410 Collin St, Argyle TX 76226-2357 |
| 8225049 | + | J&A Holding, 410 Collins Street, Argyle, TX 76226-2357 |
| 8225050 | + | James H. Horton Law Firm, P.C., 1513 North Locust Street, Denton, Texas 76201-3041 |
| 8225051 | + | John C. Williams & Associates, THE WILLIAMS LAW BUILDING, 1612 N. E. EXPRESSWAY, ATLANTA, GEORGIA 30329-2003 |
| 8225053 | + | Loads InTransit, LLC, 22902 128th Ave E, Graham, WA 98338-7826 |
| 8256756 | + | Marlin Leasing Corporation DBA Peac Solutions, 300 Fellowship Road, 300 Fellowship Road, Mt.Laurel, NJ 08054-1201 |
| 8225054 | + | Marlin Leasing Corporation, PO Box 13604, Philadelphia, PA 19101-3604 |
| 8225055 | + | Northbridge Management, 212 South Elm Street, Denton, TX 76201-6004 |
| 8225056 | + | Northland Credit Corporation, 5400 Opportunity Court, Suite 150, Minnetonka, MN 55343-7396 |
| 8225057 | + | Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 8225058 | + | Parkview Advance LLC, 600 Summer St Suite 204, Stamford, CT 06901-1400 |
| 8246322 | + | Parkview Advance LLC, c/o Jeremy S. Williams, Esq., Kutak Rock LLP, 901 E. Byrd St., Ste. 1000, Richmond, VA 23219-4071 |
| 8225060 | + | Rafter Trucking, 9 Stacy Cove, Conway, AR 72032-8763 |
| 8225061 | + | Rayma K Richardson, 104 Kiowa Dr W, Gainesville, TX 76240-9584 |
| 8225062 | + | Sandhills Global, PO Box 85673, Lincoln, NE 68501-5673 |
| 8248311 | + | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 8225067 | + | US Bank Equipment Finance, PO Box 790448, St Louis, MO 63179-0448 |
| 8225068 | + | Valley Sugar Trucking, 4200 Horizon North Pkwy, Apt 626, Dallas, TX 75287-2814 |
| 8239223 | + | Westlake Flooring Company LLC, c/o James R. Liebler, II, Esq., Liebler Gonazalez & Portuondo, 44 West Flagler Street 25th Floor, Miami, FL 33130-1817 |
| 8225069 | + | Westlake Flooring Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 09 2023 23:27:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: tleday@mvbalaw.com | May 09 2023 23:27:00 | The County of Denton, Texas, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269, Round Rock, TX 78680-1269 |
| 8225032 | + | Email/PDF: bncnotices@becket-lee.com | May 09 2023 23:45:27 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 8256838 | + | Email/Text: bkfilings@zwickerpc.com | May 09 2023 23:27:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 8225034 | | Email/Text: bcd@oag.texas.gov | May 09 2023 23:27:00 | Attorney General of Texas, Bankruptcy Division, PO Box 12548, Austin, TX 78711-2548 |
| 8225037 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 09 2023 23:26:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 8259579 | ^ | MEBN | May 09 2023 23:25:51 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 8225048 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | May 09 2023 23:27:00 | IPFS Corporation, PO Box 412086, Kansas City, MO 64141-2086 |
| 8225047 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 09 2023 23:27:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8225052 | + | Email/Text: dallas.bankruptcy@LGBS.com | May 09 2023 23:27:00 | Linebarger Goggan Blair & Sampson, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 8225059 | + | Email/Text: ccacollections@pointbank.com | May 09 2023 23:27:00 | Point Bank, P.O. Box 278, Pilot Point, TX 76258-0278 |
| 8225041 | | Email/Text: pacer@cpa.state.tx.us | May 09 2023 23:27:00 | Comptroller of Public Accts, Rev Acctg Div/Bankruptcy Dept, PO BOX 13528, Austin, TX 78711 |
| 8258386 | | Email/Text: bcd@oag.texas.gov | May 09 2023 23:27:00 | TEXAS WORKFORCE COMMISSION, OFFICE OF ATTORNEY GENERAL, BK/COLLECTIONS, P.O. BOX 12548, MC008, AUSTIN, TX 787112548 |
| 8225064 | | Email/Text: legal@tritonrecoveryllc.com | May 09 2023 23:27:00 | Triton Recovery Group, 19790 W. DIXIE HWY. SUITE 301, AVENTURA, FL. 33180 |
| 8225063 | | Email/Text: collections.pacer@twc.texas.gov | May 09 2023 23:27:00 | Texas Workforce Commission, 101 East 15th Street, Austin, TX 78778-0001 |
| 8237556 | | Email/Text: tleday@mvbalaw.com | May 09 2023 23:27:00 | The County of Denton, Texas, McCreary Veselka Bragg & Allen, PC, PO Box 1269, Round Rock, TX 78680-1269 |
| 8225065 | | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | May 09 2023 23:26:00 | U. S. Attorney, 110 N. College Ave., Suite 700, Tyler, TX 75702-0204 |
| 8225066 | | Email/Text: ustpregion06.ty.ecf@usdoj.gov | May 09 2023 23:27:00 | U. S. Trustee's Office, 110 N. College Street, Suite 300, Tyler, TX 75702-7231 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8225046 | *+ | Internal Revenue Service, Mail Code DAL-5020, 1100 Commerce Street, Dallas, Texas 75242-1100 |

District/off: 0540-4 | User: admin | Page 3 of 3
Date Rcvd: May 09, 2023 | Form ID: pdf400 | Total Noticed: 55

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Wagner | on behalf of Creditor Parkview Advance LLC brian.wagner@kutakrock.com mary.clark@kutakrock.com;jeremy.williams@kutakrock.com;adolyn.wyatt@kutakrock.com;amanda.nugent@kutakrock.com |
| Christopher V. Arisco | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance carisco@padfieldstout.com |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Services jrlii@lgplaw.com  mkv@lgplaw.com |
| Joyce W. Lindauer | on behalf of Debtor Raymak Enterprises LLC joyce@joycelindauer.com, dian@joycelindauer.com |
| Julie Anne Parsons | on behalf of Creditor The County of Denton Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Larry Chek | on behalf of Creditor First-Citizens Bank & Trust Company aka CIT Bank lchek@pamlaw.com  mislas@pamlaw.com |
| Mark A. Weisbart | on behalf of Trustee Mark A. Weisbart mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |
| Mark A. Weisbart | mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 9