Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RAYMAK ENTERPRISES, LLC** | § | **CASE NO. 23-40141-btr** |
| | § | **CHAPTER 11** |
| Debtor. | § | |

### NOTICE OF DEBTOR'S CHANGE OF ADDRESS

Please take notice that the Debtor's mailing address has changed to 104 Kiowa Drive W, Gainesville, Texas 76240.

Dated: May 22, 2023.

                                                                                       Respectfully submitted,

                                                                        */s/ Joyce W. Lindauer*
                                                                       Joyce W. Lindauer
                                                                       State Bar No. 21555700
                                                                       Joyce W. Lindauer Attorney, PLLC
                                                                       1412 Main Street, Suite 500
                                                                       Dallas, Texas 75202
                                                                       Telephone: (972) 503-4033
                                                                       Facsimile: (972) 503-4034
                                                                       ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2023, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Christopher V. Arisco on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
carisco@padfieldstout.com

Larry Chek on behalf of Creditor First-Citizens Bank & Trust Company aka CIT Bank
lchek@pamlaw.com, mislas@pamlaw.com

James Randolph Liebler, II on behalf of Creditor Westlake Flooring Services
jrlii@lgplaw.com, mkv@lgplaw.com

Joyce W. Lindauer on behalf of Debtor Raymak Enterprises, LLC
joyce@joycelindauer.com, dian@joycelindauer.com

Julie Anne Parsons on behalf of Creditor The County of Denton, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

Brian J. Wagner on behalf of Creditor Parkview Advance LLC
brian.wagner@kutakrock.com,
mary.clark@kutakrock.com;jeremy.williams@kutakrock.com;adolyn.wyatt@kutakrock.com;amanda.nugent@kutakrock.com

Mark A. Weisbart
mweisbart@haywardfirm.com, tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

Mark A. Weisbart on behalf of Trustee Mark A. Weisbart
mweisbart@haywardfirm.com, tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Joyce W. Lindauer*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Joyce W. Lindauer