**EXHIBIT C**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Format: Lessee | | | | | | Contract Number: ███ | |
| Report Type: Contract | | **Detailed Pay History** | | | | Linked Report: No | |
| Sort By: Due Date | | | | | | Data View: EOD | |

**RAYMAK ENTERPRISES LLC - 2401 Worthington Dr, Denton, TX  76207-3450    9722497079**

Customer Credit Account Number: # ███ / Linked Code 10
Completed Payments:  000015 of 000048
Application/Contract Number(s): ███

| Received Date | Posting Date | Check # | Amount Received | Date Due | Contract Number | Rental Payment | Late Fees | Days Late | Adjustment Code |
|---|---|---|---|---|---|---|---|---|---|
| | | | | *Current Charges Unpaid* | | | | | |
| | | | | 12/10/2022 | ███ | $ 1,284.34 | | 110 | |
| | | | | sub total | | $ 1,284.34 | | | |
| | | | | 12/15/2022 | ███ | | $ 128.43 | 105 | |
| | | | | sub total | | | $ 128.43 | | |
| | | | | 01/10/2023 | ███ | $ 1,284.34 | | 79 | |
| | | | | sub total | | $ 1,284.34 | | | |
| | | | | 01/15/2023 | ███ | | $ 128.43 | 74 | |
| | | | | sub total | | | $ 128.43 | | |
| | | | | 02/10/2023 | ███ | $ 1,284.34 | | 48 | |
| | | | | sub total | | $ 1,284.34 | | | |
| | | | | 03/10/2023 | ███ | $ 1,284.34 | | 20 | |
| | | | | sub total | | $ 1,284.34 | | | |
| | | | | 04/10/2023 | ███ | $ 1,284.34 | | | |
| | | | | sub total | | $ 1,284.34 | | | |
| | | | | **Total** | | **$ 6,421.70** | **$ 256.86** | | |
| *Payments Applied* | | | | *Paid to Date* | | | | | |
| 09/28/2021 | 09/28/2021 | ███ | $ 1,284.34 | 09/10/2021 | ███ | $ 1,284.34 | | 18 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 09/28/2021 | 09/28/2021 | | | 09/15/2021 | ███ | | ($ 128.43) | 13 | Waived |

Format: Lessee  
Report Type: Contract  
Sort By: Due Date  

# Detailed Pay History

Contract Number:   
Linked Report: No  
Data View: EOD  

| Received Date | Posting Date | Check # | Amount Received | Date Due | Contract Number | Rental Payment | Late Fees | Days Late | Adjustment Code |
|---|---|---|---|---|---|---|---|---|---|
| | | | | sub total | | | | | |
| 10/08/2021 | 10/08/2021 | | $ 1,284.34 | 10/10/2021 | | $ 1,284.34 | | -2 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 11/04/2021 | 11/04/2021 | | $ 1,284.34 | 11/10/2021 | | $ 1,284.34 | | -6 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 11/30/2021 | 11/30/2021 | | $ 1,284.34 | 12/10/2021 | | $ 1,284.34 | | -10 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 01/03/2022 | 01/03/2022 | | $ 1,284.34 | 01/10/2022 | | $ 1,284.34 | | -7 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 01/25/2022 | 01/25/2022 | | $ 1,284.34 | 02/10/2022 | | $ 1,284.34 | | -16 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 03/03/2022 | 03/03/2022 | | $ 1,284.34 | 03/10/2022 | | $ 1,284.34 | | -7 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 04/11/2022 | 04/11/2022 | | $ 1,284.34 | 04/10/2022 | | $ 1,284.34 | | 1 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 06/02/2022 | 06/02/2022 | | $ 1,284.34 | 05/10/2022 | | $ 1,284.34 | | 23 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 06/23/2022 | 06/23/2022 | | $ 128.43 | 05/15/2022 | | | $ 128.43 | 39 | |
| | | | | sub total | | | $ 128.43 | | |

## Detailed Pay History

Format: Lessee  
Report Type: Contract  
Sort By: Due Date  

Contract Number: ▮  
Linked Report: No  
Data View: EOD  

| Received Date | Posting Date | Check # | Amount Received | Date Due | Contract Number | Rental Payment | Late Fees | Days Late | Adjustment Code |
|---|---|---|---|---|---|---|---|---|---|
| 06/23/2022 | 06/23/2022 | ▮ | $ 1,284.34 | 06/10/2022 | ▮ | $ 1,284.34 | | 13 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 06/23/2022 | 06/23/2022 | ▮ | $ 128.43 | 06/15/2022 | ▮ | | $ 128.43 | 8 | |
| | | | | sub total | | | $ 128.43 | | |
| 06/23/2022 | 06/23/2022 | ▮ | $ 1,284.34 | 07/10/2022 | ▮ | $ 1,284.34 | | -17 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 08/08/2022 | 08/08/2022 | ▮ | $ 1,284.34 | 08/10/2022 | ▮ | $ 1,284.34 | | -2 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 09/22/2022 | 09/22/2022 | ▮ | $ 1,284.34 | 09/10/2022 | ▮ | $ 1,284.34 | | 12 | |
| 09/22/2022 | 09/27/2022 | ▮ | ($ 1,284.34) | 09/10/2022 | ▮ | ($ 1,284.34) | | 17 | Reversed |
| 10/12/2022 | 10/12/2022 | ▮ | $ 1,284.34 | 09/10/2022 | ▮ | $ 1,284.34 | | 32 | |
| | | | | sub total | | $ 1,284.34 | | | |
| 09/22/2022 | 09/22/2022 | ▮ | $ 128.43 | 09/15/2022 | ▮ | | $ 128.43 | 7 | |
| 09/22/2022 | 09/27/2022 | ▮ | ($ 128.43) | 09/15/2022 | ▮ | | ($ 128.43) | 12 | Reversed |
| 10/12/2022 | 10/12/2022 | ▮ | $ 128.43 | 09/15/2022 | ▮ | | $ 128.43 | 27 | |
| | | | | sub total | | | $ 128.43 | | |
| 09/22/2022 | 09/22/2022 | ▮ | $ 1,284.34 | 10/10/2022 | ▮ | $ 1,284.34 | | -18 | |
| 09/22/2022 | 09/27/2022 | ▮ | ($ 1,284.34) | 10/10/2022 | ▮ | ($ 1,284.34) | | -13 | Reversed |
| 10/12/2022 | 10/12/2022 | ▮ | $ 1,284.34 | 10/10/2022 | ▮ | $ 1,284.34 | | 2 | |

Format: Lessee  
Report Type: Contract  
Sort By: Due Date  

# Detailed Pay History

Contract Number:   
Linked Report: No  
Data View: EOD

| Received Date | Posting Date | Check # | Amount Received | Date Due | Contract Number | Rental Payment | Late Fees | Days Late | Adjustment Code |
|---|---|---|---|---|---|---|---|---|---|
| | | | | sub total | | $ 1,284.34 | | | |
| 11/15/2022 | 11/15/2022 | | $ 1,284.34 | 11/10/2022 | | $ 1,284.34 | | 5 | |
| | | | | sub total | | $ 1,284.34 | | | |
| **Total** | | | **$ 19,650.39** | **Total** | | **$ 19,265.10** | **$ 385.29** | | |
| | | | | **SUMMARY** | Total Due | $ 26,328.95 | | | |
| | | | | | Total Received | $ 19,650.39 | | | |
| | | | | | ============================ | | | | |
| | | | | | Balance Due | $ 6,678.56 | | | |