IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 23-40141 |
| RAYMAK ENTERPRISES, LLC | § |
| | § CHAPTER 7 |
| DEBTOR. | § |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING VEHICLES

On this day, came to be considered the Motion for Relief from Automatic Stay Regarding Vehicles, Or Alternatively, Motion for Adequate Protection (the "Motion") filed by U.S. Bank National Association d/b/a U.S. Bank Equipment Finance (hereinafter "U.S. Bank"), a secured creditor.

The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that the Motion contained the appropriate fourteen (14) day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection to the Motion was timely filed. After consideration of the Motion, the Court is of the opinion the Motion should be GRANTED and that the following Order should be entered.

IT IS THEREFORE ORDERED that:

1.  U.S. Bank asserts valid and perfected liens on the below described vehicles by year, make, and vehicle identification number (the "Vehicles").

| Year | Make | VIN |
|---|---|---|
| 2015 | International Conventional | 3HSDJAPR4FN572155 |
| 2015 | International Conventional | 3HSDJAPR2FN128174 |

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING VEHICLES -    Page 1

2. The automatic stay is lifted and terminated in all respects with respect to the Vehicles. U.S. Bank may proceed with further order of the Court to exercise one or more of its contractual and legal remedies with respect to the Vehicles, including repossession and foreclosure thereof.

3. This Order is immediately enforceable upon its entry and the automatic stay is immediately lifted with respect to U.S. Bank and the Vehicles without regard to bankruptcy rule 4001(a)(3).

Signed on 06/28/2023

*Brenda T. Rhoades*  SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE