IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-40141 |
| RAYMAK ENTERPRISES, LLC | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING VEHICLES

On this day, came to be considered the Motion for Relief from Automatic Stay Regarding Vehicles, Or Alternatively, Motion for Adequate Protection (the "Motion") filed by U.S. Bank National Association d/b/a U.S. Bank Equipment Finance (hereinafter "U.S. Bank"), a secured creditor.

The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that the Motion contained the appropriate fourteen (14) day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection to the Motion was timely filed. After consideration of the Motion, the Court is of the opinion the Motion should be GRANTED and that the following Order should be entered.

IT IS THEREFORE ORDERED that:

1. U.S. Bank asserts valid and perfected liens on the below described vehicles by year, make, and vehicle identification number (the "Vehicles").

| Year | Make | VIN |
|---|---|---|
| 2015 | International Conventional | 3HSDJAPR4FN572155 |
| 2015 | International Conventional | 3HSDJAPR2FN128174 |

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING VEHICLES -   Page 1

      2.    The automatic stay is lifted and terminated in all respects with respect to the Vehicles. U.S. Bank may proceed with further order of the Court to exercise one or more of its contractual and legal remedies with respect to the Vehicles, including repossession and foreclosure thereof.

      3.    This Order is immediately enforceable upon its entry and the automatic stay is immediately lifted with respect to U.S. Bank and the Vehicles without regard to bankruptcy rule 4001(a)(3).

Signed on 06/28/2023

*Brenda T. Rhoades*     SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 23-40141-btr |
| Raymak Enterprises, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 28, 2023 | Form ID: pdf400 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymak Enterprises, LLC, 104 Kiowa Drive W., Gainesville, TX 76240-9584 |
| cr | + | First-Citizens Bank & Trust Company aka CIT Bank, Attn: Laura Messina, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| cr | + | Parkview Advance LLC, Brian J. Wagner, Kutak Rock LLP, 5 Park Plaza, Ste. 1500 Irvine, CA 92614-8595 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jun 29 2023 00:28:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Jun 29 2023 00:27:00 | The County of Denton, Texas, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Wagner | |

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 28, 2023 | Form ID: pdf400 | Total Noticed: 6 |

on behalf of Creditor Parkview Advance LLC brian.wagner@kutakrock.com mary.clark@kutakrock.com;jeremy.williams@kutakrock.com;adolyn.wyatt@kutakrock.com;amanda.nugent@kutakrock.com

Christopher V. Arisco

on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance carisco@padfieldstout.com

James Randolph Liebler, II

on behalf of Creditor Westlake Flooring Services jrlii@lgplaw.com  mkv@lgplaw.com

Joyce W. Lindauer

on behalf of Debtor Raymak Enterprises  LLC joyce@joycelindauer.com, dian@joycelindauer.com

Julie Anne Parsons

on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Larry Chek

on behalf of Creditor First-Citizens Bank & Trust Company aka CIT Bank lchek@pamlaw.com  mislas@pamlaw.com

Mark A. Weisbart

on behalf of Trustee Mark A. Weisbart mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

Mark A. Weisbart

mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

US Trustee

USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 9