Form ntchrgBKv2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 23–40141
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Raymak Enterprises, LLC

**NOTICE OF COURT PROCEEDING**

A hearing will be held on

*Tuesday, September 5, 2023*

at

*09:30 AM*

to consider and act upon document 23 – Unopposed Motion for Relief from Automatic Stay With Waiver of 30–Day Hearing Requirement As To Vehicles Filed by Westlake Flooring Services (Attachments: # 1 Exhibit 1 – Declaration) (Liebler, James) filed as document number 23 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Monday, August 21, 2023

Jason K. McDonald
Clerk, U.S. Bankruptcy Court