# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# (SHERMAN DIVISION)

In re:

RAYMAK ENTERPRISES, LLC,

Debtor.

_____/

Case No.: 23-40141

Chapter 7

## WESTLAKE FLOORING COMPANY, LLC'S MOTION TO CONTINUE HEARING ON UNOPPOSED MOTION FOR RELIEF FROM AUTOMATIC STAY

**TO THE HONORABLE BRENDA T. RHODES, U.S. BANKRUPTCY JUDGE:**

Creditor, Westlake Flooring Company, LLC ("Westlake"), respectfully file this motion to continue the final in-person hearing on Westlake's Unopposed Motion for Relief from Automatic Stay to be heard on September 5, 2023 at 9:30 a.m. to after undersigned counsel's trial calendar which ends on September 15, 2023.

1. On August 17, 2023, Westlake filed its Unopposed Motion for Relief from Automatic Stay ("Motion for Relief from Stay" Doc 23) seeking to recover its collateral vehicles pledged under a Promissory Note and Loan Security Agreement by Raymak Enterprises, LLC.

2. On August 18, 2023, The County of Denton, Texas, filed a Limited Objection to the Motion for Relief From Stay.

3. Since the filing of the objection, undersigned counsel and counsel for The County of Denton, Texas have been in discussions to resolve the objection and enter into an agreed order.

4. On August 21, 2023 the Court entered an order setting an in-person hearing on the Motion for Relief from Stay for September 5, 2023.

5. Undersigned counsel is currently required to appear for a trial calendar during the weeks of September 5, 2023 through September 15, 2023 in Broward County, Florida in the case of *Long v. Light Wind, LLC*, Case Number 21019411.

6. Due to undersigned counsel's trial conflict and due to the parties' continued efforts to resolve the pending objection to the Motion for Relief from Stay, Westlake respectfully requests the Court enter an order continuing the September 5, 2023 hearing to the Court's next available hearing time after September 15, 2023.

7. WHEREFORE, Westlake respectfully requests this Honorable Court enter an order continuing the in-person hearing on Westlake's Unopposed Motion for Relief from Automatic Stay to the Courts next available hearing after September 15, 2023.

Dated: August 28, 2023

Respectfully submitted,

*/s/ James R. Liebler, II*
JAMES R. LIEBLER, II
Florida Bar No. 115348
JRLII@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorney for Defendant Westlake Flooring Services*

# CERTIFICATE OF SERVICE

      The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on August 28, 2023; said e mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

**Raymak Enterprises, LLC**
104 Kiowa Drive W
Gainesville, Texas 76240
*Debtor*

**Mark A. Weisbart**
Chapter 7 Bankruptcy Trustee
10501 N. Central Expwy, Suite 106
Dallas, Texas 75231-2203
*Chapter 7 Trustee*
**All those parties receiving ECF filings in this case.**

**Joyce Lindauer**
Joyce Lindauer, Attorney
1412 Main Street, Suite 500
Dallas, Texas 75202
*Attorneys for Debtor*

**U.S. Trustee**
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, Texas 75702
*United States Trustee*

                                        */s/ James R. Liebler, II*
                                        JAMES R. LIEBLER, II