**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**(SHERMAN DIVISION)**

In re:

RAYMAK ENTERPRISES, LLC,

Case No.: 23-40141
Chapter 7

Debtor.
_____/

**ORDER GRANTING WESTLAKE FLOORING COMPANY, LLC'S MOTION TO CONTINUE HEARING ON UNOPPOSED MOTION FOR RELIEF FROM AUTOMATIC STAY [ECF 28]**

ON THIS DAY CAME ON FOR CONSIDERATION upon Creditor Westlake Flooring Company, LLC Motion to Continue Hearing on Unopposed Motion for Relief from Automatic Stay [ECF 28] (the "Motion"), and the Court having reviewed the Motion, the record, and being otherwise advised in the premises,

IT IS, THEREFORE, ORDERED that:

1. Continue Hearing on Westlake Flooring Company, LLC Motion to Continue Hearing on Unopposed Motion for Relief from Automatic Stay is Granted.

2. Westlake Flooring Company, LLC Motion to Continue Hearing on Unopposed Motion for Relief from Automatic Stay set for September 5, 2023 at 9:30 a.m. is hereby continued to _____.

_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE