UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
(SHERMAN DIVISION)

In re:

RAYMAK ENTERPRISES, LLC,

Debtor.

Case No.: 23-40141
Chapter 7

ORDER GRANTING WESTLAKE FLOORING COMPANY, LLC'S MOTION TO CONTINUE HEARING ON UNOPPOSED MOTION FOR RELIEF FROM AUTOMATIC STAY [ECF 28]

ON THIS DAY CAME ON FOR CONSIDERATION upon Creditor Westlake Flooring Company, LLC Motion to Continue Hearing on Unopposed Motion for Relief from Automatic Stay [ECF 28] (the "Motion"), and the Court having reviewed the Motion, the record, and being otherwise advised in the premises,

IT IS, THEREFORE, ORDERED that:

1. Continue Hearing on Westlake Flooring Company, LLC Motion to Continue Hearing on Unopposed Motion for Relief from Automatic Stay is Granted.

2. Westlake Flooring Company, LLC Motion to Continue Hearing on Unopposed Motion for Relief from Automatic Stay set for September 5, 2023 at 9:30 a.m. is hereby continued to **September 19, 2023 at 9:30a.m. in the U.S. Bankruptcy Courtroom, 660 N Central Expressway, Third Floor, Plano Texas 75074.**

IT IS FURTHER ORDERED that the Debtor or its counsel shall give notice of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 8/28/2023

_Brenda T. Rhoades_   ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE