**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**(SHERMAN DIVISION)**

In re:

RAYMAK ENTERPRISES, LLC,

        Debtor.

Case No.: 23-40141
Chapter 7

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Creditor Westlake Flooring Company, LLC Motion to Continue Hearing on Unopposed Motion for Relief from Automatic Stay (Related Doc # [28])* entered on August 28, 2023, was furnished, on that date, via CM/ECF electronic transmission on all of those parties receiving electronic notice and via U. S. Mail the **28th** day of August, 2023, to all parties in attached Service List.

Dated August 28, 2023.

        Respectfully submitted,

*/s/ James R. Liebler, II*
JAMES R. LIEBLER, II
Florida Bar No. 115348
JRLII@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorney for Defendant Westlake Flooring Services*

- 2 -

# CERTIFICATE OF SERVICE

       The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on August 28, 2023; said e mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

**Raymak Enterprises, LLC**
104 Kiowa Drive W
Gainesville, Texas 76240
*Debtor*

**Mark A. Weisbart**
Chapter 7 Bankruptcy Trustee
10501 N. Central Expwy, Suite 106
Dallas, Texas 75231-2203
*Chapter 7 Trustee*
**All those parties receiving ECF filings in this case.**

**Joyce Lindauer**
Joyce Lindauer, Attorney
1412 Main Street, Suite 500
Dallas, Texas 75202
*Attorneys for Debtor*

**U.S. Trustee**
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, Texas 75702
*United States Trustee*

      */s/ James R. Liebler, II*
      JAMES R. LIEBLER, II

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 23-40141<br>Eastern District of Texas<br>Sherman<br>Mon Aug 28 16:24:27 CDT 2023 | Acme Car Shipping<br>812 Office Park Cir #107<br>Lewisville, TX 75057-3171 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 |
| American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Anthonie Tate<br>791 Baltmore Hill Rd<br>Huntsville, AL 35810-6430 |
| Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | Attorney General of Texas<br>Bankruptcy Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Automoco Corporation<br>212 S Elm St<br>Denton, TX 76201-6004 |
| Baldbear Investments<br>10705 Royal Park Drive<br>Dallas, TX 75230-3623 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886-5796 | Best Team Pneumatics<br>2551 Warfield Avenue<br>Fort Worth, TX 76106-7554 |
| CIT Bank, N.A.<br>10201 Centurion Parkway N. #100<br>Jacksonville, FL 32256-4114 | Larry Chek<br>Palmer Lehman Sandberg, PLLC<br>8350 N. Central Expy., # 1111<br>Campbell Centre One<br>75206, Ste 1111<br>Dallas, TX 75206 | Comdata Premium Fleet<br>PO Box 100647<br>Atlanta, GA 30384-0647 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Erica Gilerman, Esq.<br>515 Madison Ave, Suite #8108<br>New York, NY 10022-5403 |
| First Citizens Bank & Trust Co<br>21146 Network Place<br>Chicago, IL 60673-1211 | First Citizens Bank & Trust Company<br>PO Box 593007<br>San Antonio, TX 78259-0200 | First State Bank<br>801 E. CALIFORNIA ST.<br>GAINESVILLE, TX 76240-4276 |
| First-Citizens Bank & Trust Company aka CIT<br>Attn:  Laura Messina<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | First-Citizens Bank and Trust Company aka CI<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | Gregory Richardson<br>104 Kiowa Dr W<br>Gainesville, TX 76240-9584 |
| IPFS Corporation<br>PO Box 412086<br>Kansas City, MO 64141-2086 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, Texas 75242-1100 |
| J & A Holdings Group<br>c/o Jeff Hall<br>410 Collin St<br>Argyle TX 76226-2357 | J&A Holding<br>410 Collins Street<br>Argyle, TX 76226-2357 | James H. Horton Law Firm, P.C.<br>1513 North Locust Street<br>Denton, Texas 76201-3041 |

| | | |
|---|---|---|
| John C. Williams & Associates<br>THE WILLIAMS LAW BUILDING<br>1612 N. E. EXPRESSWAY<br>ATLANTA, GEORGIA 30329-2003 | James Randolph Liebler II<br>Liebler, Gonzalez & Portuondo<br>2500 Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 | Joyce W. Lindauer<br>Joyce Lindauer, Attorney<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 |
| Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Loads InTransit, LLC<br>22902 128th Ave E<br>Graham, WA 98338-7826 | Marlin  Leasing Corporation DBA Peac Solutio<br>300 Fellowship Road<br>300 Fellowship Road<br>Mt.Laurel, NJ 08054-1201 |
| Marlin Leasing Corporation<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | Northbridge Management<br>212 South Elm Street<br>Denton, TX 76201-6004 | Northland Credit Corporation<br>5400 Opportunity Court, Suite 150<br>Minnetonka, MN 55343-7396 |
| Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, Texas 76102-3792 | Parkview Advance LLC<br>Brian J. Wagner<br>Kutak Rock LLP<br>5 Park Plaza<br>Ste. 1500<br>Irvine, CA 92614-8595 | Parkview Advance LLC<br>600 Summer St Suite 204<br>Stamford, CT 06901-1400 |
| Parkview Advance LLC<br>c/o Jeremy S. Williams, Esq.<br>Kutak Rock LLP<br>901 E. Byrd St., Ste. 1000<br>Richmond, VA 23219-4071 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Point Bank<br>P.O. Box 278<br>Pilot Point, TX 76258-0278 |
| Rafter Trucking<br>9 Stacy Cove<br>Conway, AR 72032-8763 | Rayma K Richardson<br>104 Kiowa Dr W<br>Gainesville, TX 76240-9584 | Raymak Enterprises, LLC<br>104 Kiowa Drive W.<br>Gainesville, TX 76240-9584 |
| Sandhills Global<br>PO Box 85673<br>Lincoln, NE 68501-5673 | TEXAS WORKFORCE COMMISSION<br>OFFICE OF ATTORNEY GENERAL<br>BK/COLLECTIONS<br>P.O. BOX 12548, MC008<br>AUSTIN, TX 787112548 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 |
| The County of Denton, Texas<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The County of Denton, Texas<br>McCreary Veselka Bragg & Allen, PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | (p)TRITON RECOVERY<br>19790 W DIXIE HIGHWAY<br>SUITE 301<br>MIAMI FL 33180-2293 |
| U. S. Attorney<br>110 N. College Ave.<br>Suite 700<br>Tyler, TX 75702-0204 | U. S. Trustee's Office<br>110 N. College Street<br>Suite 300<br>Tyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U.S. Bank National Association d/b/a U.S. Ba<br>c/o Padfield & Stout, LLP<br>Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | US Bank Equipment Finance<br>PO Box 790448<br>St Louis, MO 63179-0448 |

| | | |
|---|---|---|
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Valley Sugar Trucking<br>4200 Horizon North Pkwy<br>Apt 626<br>Dallas, TX 75287-2814 | Brian J. Wagner<br>Kutak Rock LLP<br>5 Park Plaza<br>Ste 1500<br>Irvine, CA 92614-8595 |
| (p)MARK A  WEISBART<br>ATTN THE LAW OFFICE OF MARK A WEISBART<br>10501 N CENTRAL EXPY SUITE 106<br>DALLAS TX 75231-2203 | Westlake Flooring Company LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 | Westlake Flooring Services<br>4751 Wilshire Blvd, Suite 100<br>Los Angeles, CA 90010-3847 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Public Accts<br>Rev Acctg Div/Bankruptcy Dept<br>PO BOX 13528<br>Austin, TX 78711 | Triton Recovery Group<br>19790 W. DIXIE HWY. SUITE 301<br>AVENTURA, FL. 33180 | Mark A. Weisbart<br>Chapter 7 Bankruptcy Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231-2203 |

(d)Mark A. Weisbart
Chapter 7 Bankruptcy Trustee
10501 N Central Expy Suite 106
Dallas, TX 75231-2203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Westlake Flooring Services                    End of Label Matrix
                                                 Mailable recipients    65
                                                 Bypassed recipients     1
                                                 Total                  66