IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: <br><br> RAYMAK ENTERPRISES LLC <br><br> Debtor | Case No. 23-40141 <br> Chapter 7 |

### TRUSTEE'S NOTICE OF INTENT TO ABANDON ASSETS

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS NOTICE UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW Mark A. Weisbart, Trustee, and pursuant to 11 U.S.C. § 554(a) files this Notice of Intent to Abandon Assets and in support hereof, would show the Court as follows:

1. In connection with his duties in this case, Trustee has evaluated all scheduled assets of this case, including all entities scheduled by the Debtor, and all claims and causes of action held by the bankruptcy estate, and has determined these assets have no or nominal value to the bankruptcy estate and that such assets should be abandoned.

2. Pursuant to 11 U.S.C. § 554(a), unless a timely objection to this Notice is filed pursuant to Rule 6007 of the Rules of Bankruptcy Procedure, this Notice of Abandonment shall become automatically effective.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7103 Phone/Fax
mweisbart@haywardfirm.com

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid this 30th day of August 2023.

/s/ Mark A. Weisbart
Mark A. Weisbart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 23-40141<br>Eastern District of Texas<br>Sherman<br>Wed Aug 30 11:49:58 CDT 2023 | Acme Car Shipping<br>812 Office Park Cir #107<br>Lewisville, TX 75057-3171 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 |
| American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Anthonie Tate<br>791 Baltmore Hill Rd<br>Huntsville, AL 35810-6430 |
| Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | Attorney General of Texas<br>Bankruptcy Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Automoco Corporation<br>212 S Elm St<br>Denton, TX 76201-6004 |
| Baldbear Investments<br>10705 Royal Park Drive<br>Dallas, TX 75230-3623 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886-5796 | Best Team Pneumatics<br>2551 Warfield Avenue<br>Fort Worth, TX 76106-7554 |
| CIT Bank, N.A.<br>10201 Centurion Parkway N. #100<br>Jacksonville, FL 32256-4114 | Larry Chek<br>Palmer Lehman Sandberg, PLLC<br>8350 N. Central Expy., # 1111<br>Campbell Centre One<br>75206, Ste 1111<br>Dallas, TX 75206 | Comdata Premium Fleet<br>PO Box 100647<br>Atlanta, GA 30384-0647 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Erica Gilerman, Esq.<br>515 Madison Ave, Suite #8108<br>New York, NY 10022-5403 |
| First Citizens Bank & Trust Co<br>21146 Network Place<br>Chicago, IL 60673-1211 | First Citizens Bank & Trust Company<br>PO Box 593007<br>San Antonio, TX 78259-0200 | First State Bank<br>801 E. CALIFORNIA ST.<br>GAINESVILLE, TX 76240-4276 |
| First-Citizens Bank & Trust Company aka CIT<br>Attn:  Laura Messina<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | First-Citizens Bank and Trust Company aka CI<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | Gregory Richardson<br>104 Kiowa Dr W<br>Gainesville, TX 76240-9584 |
| IPFS Corporation<br>PO Box 412086<br>Kansas City, MO 64141-2086 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, Texas 75242-1100 |
| J & A Holdings Group<br>c/o Jeff Hall<br>410 Collin St<br>Argyle TX 76226-2357 | J&A Holding<br>410 Collins Street<br>Argyle, TX 76226-2357 | James H. Horton Law Firm, P.C.<br>1513 North Locust Street<br>Denton, Texas 76201-3041 |

| | | |
|---|---|---|
| John C. Williams & Associates<br>THE WILLIAMS LAW BUILDING<br>1612 N. E. EXPRESSWAY<br>ATLANTA, GEORGIA 30329-2003 | James Randolph Liebler II<br>Liebler, Gonzalez & Portuondo<br>2500 Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 | Joyce W. Lindauer<br>Joyce Lindauer, Attorney<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 |
| Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Loads InTransit, LLC<br>22902 128th Ave E<br>Graham, WA 98338-7826 | Marlin  Leasing Corporation DBA Peac Solutio<br>300 Fellowship Road<br>300 Fellowship Road<br>Mt.Laurel, NJ 08054-1201 |
| Marlin Leasing Corporation<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | Northbridge Management<br>212 South Elm Street<br>Denton, TX 76201-6004 | Northland Credit Corporation<br>5400 Opportunity Court, Suite 150<br>Minnetonka, MN 55343-7396 |
| Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, Texas 76102-3792 | Parkview Advance LLC<br>Brian J. Wagner<br>Kutak Rock LLP<br>5 Park Plaza<br>Ste. 1500<br>Irvine, CA 92614-8595 | Parkview Advance LLC<br>600 Summer St Suite 204<br>Stamford, CT 06901-1400 |
| Parkview Advance LLC<br>c/o Jeremy S. Williams, Esq.<br>Kutak Rock LLP<br>901 E. Byrd St., Ste. 1000<br>Richmond, VA 23219-4071 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Point Bank<br>P.O. Box 278<br>Pilot Point, TX 76258-0278 |
| Rafter Trucking<br>9 Stacy Cove<br>Conway, AR 72032-8763 | Rayma K Richardson<br>104 Kiowa Dr W<br>Gainesville, TX 76240-9584 | Raymak Enterprises, LLC<br>104 Kiowa Drive W.<br>Gainesville, TX 76240-9584 |
| Sandhills Global<br>PO Box 85673<br>Lincoln, NE 68501-5673 | TEXAS WORKFORCE COMMISSION<br>OFFICE OF ATTORNEY GENERAL<br>BK/COLLECTIONS<br>P.O. BOX 12548, MC008<br>AUSTIN, TX 787112548 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 |
| The County of Denton, Texas<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The County of Denton, Texas<br>McCreary Veselka Bragg & Allen, PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | (p)TRITON RECOVERY<br>19790 W DIXIE HIGHWAY<br>SUITE 301<br>MIAMI FL 33180-2293 |
| U. S. Attorney<br>110 N. College Ave.<br>Suite 700<br>Tyler, TX 75702-0204 | U. S. Trustee's Office<br>110 N. College Street<br>Suite 300<br>Tyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U.S. Bank National Association d/b/a U.S. Ba<br>c/o Padfield & Stout, LLP<br>Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | US Bank Equipment Finance<br>PO Box 790448<br>St Louis, MO 63179-0448 |

```
US Trustee                              Valley Sugar Trucking                   Brian J. Wagner
Office of the U.S. Trustee              4200 Horizon North Pkwy                 Kutak Rock LLP
110 N. College Ave.                     Apt 626                                 5 Park Plaza
Suite 300                               Dallas, TX 75287-2814                   Ste 1500
Tyler, TX 75702-7231                                                            Irvine, CA 92614-8595


(p)MARK A  WEISBART                     Westlake Flooring Company LLC           Westlake Flooring Services
ATTN THE LAW OFFICE OF MARK A WEISBART  c/o James R. Liebler, II, Esq.          4751 Wilshire Blvd, Suite 100
10501 N CENTRAL EXPY SUITE 106          Liebler Gonzalez & Portuondo            Los Angeles, CA 90010-3847
DALLAS TX 75231-2203                    44 West Flagler Street 25th Floor
                                        Miami, FL 33130-1817
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Comptroller of Public Accts             Triton Recovery Group                   Mark A. Weisbart
Rev Acctg Div/Bankruptcy Dept           19790 W. DIXIE HWY. SUITE 301           Chapter 7 Bankruptcy Trustee
PO BOX 13528                            AVENTURA, FL. 33180                     10501 N Central Expy Suite 106
Austin, TX 78711                                                                Dallas, TX 75231-2203


(d)Mark A. Weisbart
Chapter 7 Bankruptcy Trustee
10501 N Central Expy Suite 106
Dallas, TX 75231-2203
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Westlake Flooring Services           End of Label Matrix
                                        Mailable recipients    65
                                        Bypassed recipients     1
                                        Total                  66
```