# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>RAYMAK ENTERPRISES LLC<br><br>Debtor | Case No. 23-40141<br>Chapter 7 |

## ORDER APPROVING NOTICE OF INTENT TO ABANDON ASSETS

ON THIS DAY CAME ON FOR CONSIDERATION, the Notice of Intent to Abandon Assets filed by Mark A. Weisbart, Trustee.  The Court finds that appropriate notice and opportunity for hearing was provided and that cause exists to authorize the requested abandonment.  Wherefore it is hereby

ORDERED that the assets as described in the Notice of Intent to Abandon Assets are hereby abandoned pursuant to 11 U.S.C. § 554(a).

IT IS SO ORDERED.