**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**(SHERMAN DIVISION)**

In re:

RAYMAK ENTERPRISES, LLC,

        Debtor.

Case No.: 23-40141
Chapter 7

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**WESTLAKE FLOORING SERVICES**

c/o Josue Dorleus, II, Esquire
Liebler, Gonzalez & Portuondo
44 West Flagler St., Courthouse Tower – 25th FL
Miami, FL 33130
Tel: (305) 379-0400
Fax: 305-379-09626
Email: jd@lgplaw.com; ec@lgplaw.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in

Case No.: 23-40141
Chapter 7

support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated September 13, 2023.

           Respectfully submitted,

           */s/ Josue Dorleus*
           JOSUE DORLEUS
           Texas Bar No. 24120585
           JD@lgplaw.com
           **LIEBLER, GONZALEZ & PORTUONDO**
           Courthouse Tower - 25th Floor
           44 West Flagler Street
           Miami, FL 33130
           Tel: (305) 379-0400
           Fax: (305) 379-9626
           *Attorney for Defendant Westlake Flooring Services*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2023, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

           */s/ Josue Dorleus*
           JOSUE DORLEUS