IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**IN THE MATTER OF:**

**CASE NO. 23-40141-BTR**

**RAYMAK ENTERPRISES, LLC**
**104 Kiowa Drive W.**
**Gainesville, TX 76240**
**Tax ID/EIN: 82-4963370**

**DEBTOR**                                              **CHAPTER 7**

### THE COUNTY OF DENTON, TEXAS' NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO WESTLAKE FLOORING COMPANY, LLC'S UNOPPOSED MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING VEHICLES, AND WAIVER OF 30-DAY HEARING REQUIREMENT
### *(WITHDRAWING DOC. 24)*

1. The County of Denton, Texas notifies the Court and all other parties that it withdraws its Limited Objection to Westlake Flooring Company, LLC's Unopposed Motion for Relief from Automatic Stay Regarding Vehicles, filed at Doc. 24 on August 18, 2023. Movant has included language in the proposed order satisfying the concerns of The County of Denton, Texas.

Date: September 18, 2023

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.

By: */s/ Julie Anne Parsons*
Julie Anne Parsons
Texas Bar No. 00790358
P. O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com
*Attorneys for The County of Denton, Texas, herein*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I have served a copy of the above Response to the following parties in the manners stated below:

**Attorney for Westlake Flooring Company, LLC - Electronic**
Josue Dorleus
Liebler, Gonzalez & Portuondo
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
JD@lgplaw.com

**Attorney for Debtor – Electronic:**
Joyce Lindauer, Attorney
1412 Main Street, Suite 500
Dallas, Texas 75202
joyce@joycelindauer.com

**Debtor – First Class U. S. Mail:**
Raymak Enterprises, LLC
104 Kiowa Drive W.
Gainesville, TX 76240

**U. S. Trustee – Electronic:**
Office of the U. S. Trustee
110 N. College Avenue, Ste. 300
Tyler, TX 75702
USTPregion06.ty.ecf@usdoj.gov

**Chapter 7 Trustee – Electronic:**
Mark A. Weisbart
Chapter 7 Bankruptcy Trustee
10501 N Central Expy. Suite 106
Dallas, TX 75231-2203
mweisbart@haywardfirm.com

**Parties in Interest – Electronic:**
Larry Chek
Palmer Lehman Sandberg, PLLC
8350 N. Central Expressway, Suite 1111
Dallas, Texas 75206
lchek@pamlaw.com

Christopher V. Arisco
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
carisco@padfieldstout.com

American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041
bknotices@zwickerpc.com

Brian J. Wagner
Kutak Rock, LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Brian.wagner@kutakrock.com

Jeremy S. Williams
Adolyn C. Wyatt
Kutak Rock, LLP
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Jeremy.williams@kutakrock.com
Adolyn.wyatt@kutakrock.com

Electronically served parties were served through the Court's CM/ECF system.

*/s/ Julie Anne Parsons*
Julie Anne Parsons