IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RAYMAK ENTERPRISES, LLC, | § § | Case No. 23-40141-btr-13 |
| | § | (Chapter 7) |
| Debtor | § | |

## AGREED ORDER GRANTING WESTLAKE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Came on to be considered on this day the Unopposed Motion for Relief from Automatic Stay Regarding Vehicles (the "***Motion***") filed by Westlake Flooring Company, LLC ("***Westlake***"), a secured creditor.

The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed.

The Court finds that the County of Denton withdrew its objection, dated August 18, 2023, to the motion, and there being no further opposition to the motion,

After consideration of the Motion, the Court finds that there is cause for relief from the automatic stay as to the following vehicles that is Westlake's collateral (collectively, the "***Vehicles***"):

| Vehicle Description | VIN |
|---|---|
| 2015 Freightliner Cascadia | 3AKJGLD54GSGX1395 |
| 2013 Peterbilt 587 Premium | 1XP4D49X9DD190651 |
| 2015 Peterbilt 587 | 1XP4DP9X3FD248483 |
| 2014 Freightliner Cascadia | 3AKJGLD63ESFM1386 |

Accordingly,

It is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

**ORDERED** that the automatic stay under section 362(a) is hereby terminated as to the Vehicles and any insurance proceeds thereof, and Westlake may proceed without further order of the Court to exercise one or more of its contractual and legal remedies with respect to the Vehicles, including repossession and foreclosure sale thereof; and it is further,

**ORDERED** that the automatic stay is also terminated as to Denton County, City of Denton, and Denton ISD (the "Taxing Authorities") and Westlake will give notice to the Taxing Authorities through their counsel of any proposed sale of the Vehicles."

**ORDERED** that, since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(a)(3) shall not be applicable to the relief granted under this Order.

Signed on 09/20/2023

_Brenda T. Rhoades_    SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**ORDER – Page 2**

*[signature]*
Josue Dorleus, Esquire
**LIEBLER, GONZALEZ &
PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorney for Defendant Westlake Flooring Services*
SBOT: 24120585

*[signature]*
**MCCREARY, VESELKA, BRAGG &
ALLEN, P.C.**
P. O. Box 1269
Round Rock, TX 78680-1269
Direct phone: (512) 323-3241
Facsimile: (512) 323-3205
jparsons@mvbalaw.com
*Attorney for County of Denton*
SBOT 00790358

*[signature]*
Mark A. Weisbart
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7103 Phone/Fax
mweisbart@haywardfirm.com
CHAPTER 7 TRUSTEE
Signed with Permission

*[signature]*
Joyce Lindauer, Attorney
1412 Main Street, Suite 500
Dallas, Texas 75202
joyce@joycelindauer.com
*Attorney for Debtor*

*Signature Page to Agreed Order Granting Westlake's Motion for Relief from Automatic Stay*

**ORDER – Page 3**