IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| RAYMAK ENTERPRISES, LLC, § | Case No. 23-40141-btr-13 |
| § | (Chapter 7) |
| Debtor § | |

### AGREED ORDER GRANTING WESTLAKE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Came on to be considered on this day the Unopposed Motion for Relief from Automatic Stay Regarding Vehicles (the "*Motion*") filed by Westlake Flooring Company, LLC ("*Westlake*"), a secured creditor.

The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed.

The Court finds that the County of Denton withdrew its objection, dated August 18, 2023, to the motion, and there being no further opposition to the motion,

After consideration of the Motion, the Court finds that there is cause for relief from the automatic stay as to the following vehicles that is Westlake's collateral (collectively, the "*Vehicles*"):

| Vehicle Description | VIN |
|---|---|
| 2015 Freightliner Cascadia | 3AKJGLD54GSGX1395 |
| 2013 Peterbilt 587 Premium | 1XP4D49X9DD190651 |
| 2015 Peterbilt 587 | 1XP4DP9X3FD248483 |
| 2014 Freightliner Cascadia | 3AKJGLD63ESFM1386 |

Accordingly,

It is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

**ORDERED** that the automatic stay under section 362(a) is hereby terminated as to the Vehicles and any insurance proceeds thereof, and Westlake may proceed without further order of the Court to exercise one or more of its contractual and legal remedies with respect to the Vehicles, including repossession and foreclosure sale thereof; and it is further,

**ORDERED** that the automatic stay is also terminated as to Denton County, City of Denton, and Denton ISD (the "Taxing Authorities") and Westlake will give notice to the Taxing Authorities through their counsel of any proposed sale of the Vehicles."

**ORDERED** that, since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(a)(3) shall not be applicable to the relief granted under this Order.

Signed on 09/20/2023

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**ORDER – Page 2**

*[Signature]*
Josue Dorleus. Esquire
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorney for Defendant Westlake Flooring Services*
SBOT: 24120585

*[Signature]*
Julie Anne Parsons
**MCCREARY, VESELKA, BRAGG & ALLEN, P.C.**
P. O. Box 1269
Round Rock, TX 78680-1269
Direct phone: (512) 323-3241
Facsimile: (512) 323-3205
jparsons@mvbalaw.com
*Attorney for County of Denton*
SBOT 00790358

*[Signature]*
Mark A. Weisbart
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7103 Phone/Fax
mweisbart@haywardfirm.com
*CHAPTER 7 TRUSTEE*
Signed with Permission

*[Signature]*
Joyce Lindauer, Attorney
1412 Main Street, Suite 500
Dallas, Texas 75202
joyce@joycelindauer.com
*Attorney for Debtor*

*Signature Page to Agreed Order Granting Westlake's Motion for Relief from Automatic Stay*

**ORDER – Page 3**

United States Bankruptcy Court

Eastern District of Texas

In re:     Case No. 23-40141-btr

Raymak Enterprises, LLC     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: admin     Page 1 of 2
Date Rcvd: Sep 20, 2023     Form ID: pdf400     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymak Enterprises, LLC, 104 Kiowa Drive W., Gainesville, TX 76240-9584 |
| cr | + | First-Citizens Bank & Trust Company aka CIT Bank, Attn: Laura Messina, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| cr | + | Parkview Advance LLC, Brian J. Wagner, Kutak Rock LLP, 5 Park Plaza, Ste. 1500 Irvine, CA 92614-8595 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Sep 20 2023 23:07:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Sep 20 2023 23:07:00 | The County of Denton, Texas, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

**Name     Email Address**

| District/off: 0540-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: pdf400 | Total Noticed: 6 |

| | |
|---|---|
| Brian J. Wagner | on behalf of Creditor Parkview Advance LLC brian.wagner@kutakrock.com mary.clark@kutakrock.com;jeremy.williams@kutakrock.com;adolyn.wyatt@kutakrock.com;amanda.nugent@kutakrock.com |
| Christopher V. Arisco | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance carisco@padfieldstout.com |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Services jrlii@lgplaw.com  mkv@lgplaw.com |
| Josue Dorleus | on behalf of Creditor Westlake Flooring Services jd@lgplaw.com |
| Joyce W. Lindauer | on behalf of Debtor Raymak Enterprises  LLC joyce@joycelindauer.com, dian@joycelindauer.com |
| Julie Anne Parsons | on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Larry Chek | on behalf of Creditor First-Citizens Bank & Trust Company aka CIT Bank lchek@pamlaw.com  mislas@pamlaw.com |
| Mark A. Weisbart | on behalf of Trustee Mark A. Weisbart mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |
| Mark A. Weisbart | mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 10